PAUL J. PFINGST, ESQ. (Bar No. 112967)
pfingst@higgslaw.com
VICTOR N. PIPPINS, ESQ. (Bar No. 251953)
pippins@higgslaw.com
HIGGS, FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913
619-236-1551 FAX: 619-696-1410

Attorneys for Defendant
**ANDREW B. KATAKIS**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**501 "I" Street**
**Sacramento, CA  95814**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS,<br><br>        Defendant. | CASE NO.    2:11-CR-0511-EJG<br><br>**JOINT MOTION TO CONTINUE HEARING ON DEFENDANT NORTHCUTT'S MOTION TO QUASH SUBPOENA DUCES TECUM**<br><br>DATE:        7/13/2012<br>TIME:        2:00 p.m.<br>JUDGE:       Kendall J. Newman |

Good cause appearing therefor, IT IS HEREBY AGREED BETWEEN THE PARTIES, Victor N. Pippins, counsel for Andrew B. Katakis, and Doron Weinberg, counsel for Richard W. Northcutt, that the hearing currently scheduled for July 13, at 2:00 p.m., be rescheduled to July 27, 2012, at 2:00 p.m.

IT IS SO STIPULATED.

DATED:  July 12, 2012
                                        HIGGS, FLETCHER & MACK LLP

                                        By: */s/ Victor N. Pippins*
                                        _____
                                        VICTOR N. PIPPINS, ESQ.
                                        Attorneys for Defendant
                                        ANDREW B. KATAKIS

DATED:  July 12, 2012
                                        LAW OFFICE OF DORON WEINBERG

                                        By: */s/ Doron Weinberg*
                                        _____
                                        DORON WEINBERG, ESQ.
                                        Attorney for Defendant
                                        RICHARD W. NORTHCUTT

HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

108200-00001
1080454.1                                                                                2:11-CR-0511-EJG

Order Continuing Hearing

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

U S Attorney's Office
AUSA Russell L. Carlberg, Esq.
501 "I" Street
Sacramento, CA  95814
916-554-2700 FAX:  916-554-2900
Russell.Carlberg@usdoj.gov

DATED:  July 12, 2012                                HIGGS, FLETCHER & MACK LLP

                                                                   By: */s/ Victor N. Pippins*
                                                                         VICTOR N. PIPPINS, ESQ.
                                                                         Attorneys for Defendant
                                                                         ANDREW B. KATAKIS

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

108200-00001
1080454.1

2

2:11-CR-0511-EJG

Joint Motion to Continue Hearing on Northcutt M/Quash Subpoena

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

**501 "I" Street**
**Sacramento, CA  95814**

| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS,<br><br>                  Defendant. | CASE NO.    2:11-CR-0511-EJG<br><br>**ORDER CONTINUING HEARING ON DEFENDANT NORTHCUTT'S MOTION TO QUASH SUBPOENA DUCES TECUM**<br><br>DATE:         7/13/2012<br>TIME:         2:00 p.m.<br>JUDGE:       Kendall J. Newman |
|---|---|

Upon stipulation by both parties, by and through their counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on Defendant Northcutt's Motion to Quash Subpoena Duces Tecum currently set for July 13, 2012, be continued to July 27, 2012, at 2:00 p.m.

IT IS SO ORDERED.

DATED:

KENDALL J. NEWMAN
JUDGE OF THE U.S. DISTRICT COURT

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

108200-00001
1080454.1

2:11-CR-0511-EJG

Order Continuing Hearing