# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

501 "I" Street
Sacramento, CA 95814

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS,<br><br>　　　　Defendant. | CASE NO.　　2:11-CR-0511-EJG<br><br>**ORDER CONTINUING HEARING ON DEFENDANT NORTHCUTT'S MOTION TO QUASH SUBPOENA DUCES TECUM**<br><br>DATE:　　7/13/2012<br>TIME:　　2:00 p.m.<br>JUDGE:　　Kendall J. Newman |

　　Upon stipulation by both parties, by and through their counsel, IT IS HEREBY ORDERED that the hearing on Defendant Northcutt's Motion to Quash Subpoena Duces Tecum currently set for July 13, 2012 (Dkt. No. 75), is continued to July 27, 2012, at 2:00 p.m., before the duty magistrate judge.

　　IT IS SO ORDERED.

　　**Date: 7/12/2012**

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

KJN:nkd

HIGGS, FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

103200-00001
1080469.1

2:11-CR-0511-EJG

Order Continuing Hearing