HIGGS, FLETCHER
& MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**501 "I" Street**
**Sacramento, CA 95814**

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0511-EJG |
| Plaintiff, | **ORDER CONTINUING HEARING ON DEFENDANT NORTHCUTT'S MOTION TO QUASH SUBPOENA DUCES TECUM** |
| v. | |
| ANDREW B. KATAKIS, | DATE: 7/27/2012 |
| Defendant. | TIME: 2:00 p.m. |
| | Magistrate Judge: Gregory G. Hollows |

Upon stipulation by both parties, by and through their counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED that the hearing on Defendant Northcutt's Motion to Quash Subpoena Duces Tecum currently set for July 27, 2012, be continued to September 7, 2012, at 2:00 p.m.

IT IS SO ORDERED.

DATED: July 26, 2012

/s/ Gregory G. Hollows
U.S. MAGISTRATE JUDGE