# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0511-WBS |
|---|---|
| Plaintiff, | ORDER RE REQUEST FOR SUBPOENAS DUCES TECUM AND OTHER DISCOVERY PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 16. |
| v. | |
| ANDREW B. KATAKIS, | |
| Defendant. | |

Defendant's motion for Subpoenas Duces Tecum and other discovery pursuant to Federal Rule of Criminal Procedure 16 (Docket No. 119) is hereby referred to the appropriate Magistrate Judge for determination.

IT IS SO ORDERED.

DATED: February 5, 2013

*William B. Shubb* (signature)
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

108200-00001
1113148.1

2:11-CR-0511-WBS

Order Authorizing Issuance of Subpoenas Duces Tecum

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO