PAUL J. PFINGST, ESQ. (Bar No. 112967)
pfingst@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913
619-236-1551 FAX: 619-696-1410

Attorneys for Defendant
**ANDREW B. KATAKIS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA
## 501 "I" Street
## Sacramento, CA 95814
### (Honorable William B. Shubb)

| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-0511-WBS |
|---|---|
| Plaintiff, | **DEFENDANT ANDREW B. KATAKIS' MOTION TO CONTINUE TRIAL** |
| v. | |
| ANDREW B. KATAKIS, | DATE : 8/19/2013<br>TIME : 9:30 a.m.<br>TRIAL : 11/4/2013<br>CTRM: 5 14th Floor |
| Defendant. | |

**TO ALL PARTIES AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on **August 19, 2013**, at **9:30 a.m.**, or as soon thereafter as counsel may be heard, before the Honorable William B. Shubb in Courtroom 5 of the above-entitled court, located at 501 "I" Street, Sacramento, California 95814, defendant ANDREW B. KATAKIS will, and hereby does, respectfully move this Court for an Order continuing the trial date in this matter.

On December 7, 2007, a Two-Count indictment was filed, charging Mr. Katakis, and others, with Bid Rigging and Conspiracy to Commit Mail Fraud, in violation of Title 15, U.S.C. section 1, and Title 18 U.S.C. section 1349.

///

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

108200-00001
1142777.1

2:11-CR-0511- WBS

Defendant Katakis' Motion to Continue Trial

1   On May 8, 2013, a Superceding indictment was filed, adding a single count of
2   Destruction, Alteration, or Falsification of Records in Federal Investigation against
3   Mr. Katakis, in violation of Title 18, U.S.C. section 1519.

4   Jury trial is currently scheduled for November 5, 2013.  At a status conference
5   held on June 3, 2013, counsel for Mr. Katakis made an oral request for a continuance of
6   the trial date for approximately 60 days.  The filing of the superceding indictment, and
7   the discovery review and trial preparation relating to the new count, was the basis for the
8   request to continue.  The government opposed the request.  The Court provided the
9   government with the option of proceeding under the original indictment on the current
10  trial date.  The Court indicated that if the government insisted on going to trial on the
11  superceding indictment, Mr. Katakis' request to continue would be granted if made in
12  writing

13  Pursuant to the Court's indication at the June 3 status conference, Mr. Katakis
14  hereby formally moves in writing for a continuance of the trial date.  The pretrial
15  discovery provided by the government to Mr. Katakis is comprised of hundreds of
16  thousands of pages of documents.  The superceding indictment alleges, in essence, that
17  Mr. Katakis personally, and through others, installed and used computer software that
18  overwrote deleted electronic records and documents so that they could not be used or
19  recovered.  By adding this new charge to an already large and complicated case, the
20  government has forced Mr. Katakis to request a continuance of the trial date so that he
21  can adequately prepare his defense.

22  For the reasons set forth above, defendant Andrew Katakis, by and through his
23  counsel, requests that this court continue the jury trial from November 4, 2013, to
24  February 10, 2014.

25  DATED:  July 31, 2013                    HIGGS FLETCHER & MACK LLP
26                                           By:*/s/ Paul J. Pfingst*
27                                           PAUL J. PFINGST, ESQ.
                                             Attorneys for Defendant
28                                           ANDREW B. KATAKIS

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

108200-00001
1142777.1                       2                        2:11-CR-0511-WBS
Defendant Katakis' Motion to Continue Trial

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Anna T. Pletcher, AUSA<br>U.S. DOJ Antitrust Division<br>450 Golden Gate Avenue, 10th Floor<br>San Francisco, CA  94102-3478<br>415-436-6727 direct<br>415-436-6660 FAX:  415-436-6687<br>anna.pletcher@usdoj.gov<br>jennie.ngo-tanaka@usdoj.gov | Russell L. Carlberg, Esq.<br>U. S. Attorney's Office<br>501 "I" Street, #10-100<br>Sacramento, CA  95814<br>916-554-2700 FAX:  916-554-2900<br>Russell.Carlberg@usdoj.gov |
| Tai S. Milder, AUSA<br>U.S. DOJ Antitrust Division<br>450 Golden Gate Avenue<br>P.O.Box 36046<br>San Francisco, CA  94102<br>415-436-6614 FAX:  415-436-6687<br>Tai.Milder@usdoj.gov | |

By electronic mail – I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the above-listed CM/ECF registrants.

DATED:  July 31, 2013                HIGGS FLETCHER & MACK LLP

By:  */s/ Paul J. Pfingst*
PAUL J. PFINGST, ESQ.
Attorneys for Defendant
ANDREW B. KATAKIS

Higgs Fletcher &
Mack LLP
Attorneys At Law
San Diego

108200-00001
1142777.1

3

2:11-CR-0511- WBS

Defendant Katakis' Motion to Continue Trial