PAUL J. PFINGST, ESQ. (Bar No. 112967)
pfingst@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913
619-236-1551 FAX: 619-696-1410

Attorneys for Defendant
**ANDREW B. KATAKIS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA
## 501 "I" Street
## Sacramento, CA 95814
### (Honorable William B. Shubb)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS,<br><br>    Defendant. | CASE NO. 2:11-CR-0511-WBS<br><br>**DEFENDANT ANDREW B. KATAKIS'** Proposed Jury Instructions |

    Andrew Katakis, by and through his counsel, Paul J. Pfingst, proposes the following jury instructions

DATED: February 26, 2014          HIGGS FLETCHER & MACK LLP

                                  By:/s/ *Paul J. Pfingst*
                                  PAUL J. PFINGST, ESQ.
                                  Attorneys for Defendant
                                  ANDREW B. KATAKIS

### A.         Standard Instructions

Andrew Katakis proposes the following standard instructions from the Ninth Circuit Manual of Model Criminal Jury Instructions (2010):

Instructions at the End of Case:

| | |
|---|---|
| 3.1 | Duties of Jury to Find Facts and Follow Law |
| 3.2 | Charge Against Defendant Not Evidence – Presumption of Innocence |
| 3.3 | Defendant's Right Not to Testify |
| 3.5 | Reasonable Doubt Defined |
| 3.6 | What is Evidence |
| 3.7 | What is Not Evidence |
| 3.8 | Direct and Circumstantial Evidence |
| 3.9 | Credibility of Witnesses |
| 3.10 | Activities Not Charged |
| 3.13 | Separate Consideration of Multiple Counts – Multiple Defendants |
| 4.9 | Testimony of Witnesses Involving Special Circumstances |
| 4.14 | Opinion Evidence, Expert Witness |
| 4.16 | Charts and Summaries in Evidence |
| 7.1 | Duty to Deliberate |
| 7.2 | Consideration of Evidence |
| 7.3 | Use of Notes |
| 7.4 | Jury Consideration of Punishment |
| 7.5 | Verdict Form |
| 7.6 | Communication with Court |

### B.         Specific Instructions

Andrew Katakis proposes the following specific instructions:

1. Multiple Conspiracies
2. Knowingly Defined
3. Witnesses Granted Immunity
4. Witnesses Gaining Benefits
5. Right to Transfer Title or Right in Property
6. Partnership and Joint Venture Defined
7. Requirements of a Winning Bidder

108200-00001
1178471.1

2

2:11-CR-0511- WBS

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

Katakis Proposed Jury Instructions

**Andrew Katakis Proposed Instruction 1**

<u>Multiple Conspiracies</u>

The Indictment charges that Andrew Katakis was a member of a conspiracy to fix prices. To convict Mr. Katakis, the government must convince you beyond a reasonable doubt that Mr. Katakis was a member of the conspiracy charged in the Indictment. If the government fails to prove this, then you must find Mr. Katakis not guilty of the charged conspiracy, even if you find that he was a member of some other conspiracy.

In deciding whether there was more than one conspiracy, you should concentrate on the nature of the agreement. To prove a single conspiracy, the government must convince you that each of the members agreed to participate in what he knew was a group activity directed toward a common goal. There must be proof of an agreement on an overall objective.

<u>U.S. v. Anguiano</u>, 873 F.2d 1314, 1317 (9th Cir. 1989). A multiple conspiracies instruction is generally required where the indictment charges several defendants with one overall conspiracy, but the proof at trial indicates that a jury could reasonably conclude that some of the defendants were only involved in separate conspiracies unrelated to the overall conspiracy charged in the indictment. *See Kotteakos v. United States, 328 U.S. 750, 90 L. Ed. 1557, 66 S. Ct. 1239 (1946)*; *Eubanks, 591 F.2d at 518*. The instruction is required because, in such a situation, there is a possibility of prejudicial variance between the indictment and the trial proof. *Id.*

108200-00001
1178471.1

3

2:11-CR-0511- WBS

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Katakis Proposed Jury Instructions

**Andrew Katakis Proposed Instruction 2**

<u>Knowingly Defined:</u>

In considering the charge in the indictment, you must determine whether the evidence shows beyond a reasonable doubt that Andrew Katakis knowingly and intentionally became a member of the charged conspiracy to rig bids. Knowingly means that Mr. Katakis realized what he was doing and was aware of the nature of his conduct and did not act through ignorance, mistake or accident. In order to find that Mr. Katakis acting knowingly, you must find that he voluntarily and intentionally became a member of the conspiracy charged in the indictment knowing of its goal and intending to accomplish it. Knowledge may be proved by the Mr. Katakis' conduct and by all the facts and circumstances surrounding the case.

9th Cir. Model Crim. Jury Instr. 5.6 (2014)

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

108200-00001
1178471.1

4

2:11-CR-0511- WBS

Katakis Proposed Jury Instructions

**Andrew Katakis Proposed Instruction 3**

<u>Witnesses Granted Immunity</u>

Certain witnesses who testified on behalf of the government have been granted immunity. You have heard that the government has promised them that they will not be prosecuted for anything they disclosed in their testimony in exchange for their testimony. It is permissible for the government to make such a promise. The wisdom or propriety of the policy permitting the government to obtain immunity for certain witnesses is not a proper matter for you to consider. But you should consider those witnesses' testimony with more caution than the testimony of other witnesses. Consider whether their testimony may have been influenced by the government's promise. Do not convict Mr. Katakis based on the unsupported testimony of such a witness, standing alone, unless you believe his testimony beyond a reasonable doubt.

108200-00001
1178471.1

5

2:11-CR-0511- WBS

HIGGS FLETCHER & MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Katakis Proposed Jury Instructions

**Andrew Katakis Proposed Instruction 4**

<u>Witnesses Gaining Benefit Through Plea Bargain</u>

You have heard the testimony of one or more witnesses who provided evidence against the defendants as a result of a plea bargain. That testimony must be examined with greater care than the testimony of another witness who doesn't have such an arrangement. The jury must determine whether the informant's testimony has been affected by interest or prejudice against Mr. Katakis. You have also heard testimony from one or more witnesses who have received immunity. Again, that evidence must be considered by you with greater care than used by you in determining the credibility of other evidence. Such testimony, after it has been considered by you with great care, may be given as much weight as you feel it deserves. The evidence of the guilty pleas was introduced only to allow you to assess the credibility or believability of a particular witness and to explain how the witness had firsthand knowledge concerning the events about which the witness testified.

108200-00001
1178471.1

6

2:11-CR-0511- WBS

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

Katakis Proposed Jury Instructions

**Andrew Katakis Proposed Instruction 5**

<u>Right to Transfer Title or Right in Property</u>

The winning bidder at a trustee sale auction may pay the purchase price and take title to the property, or sell his right to the purchase of the property to another. The purchaser of the right may take title in his or her name.

Cal. Civ. Code § 1458 and § 1044. Miller and Starr California Real Estate § 1:22(B)(2)(3rd ed.) <u>Sinclair v. Crabtree</u> (1931) 211 Cal. 524, 528.

108200-00001
1178471.1

7

2:11-CR-0511- WBS

Katakis Proposed Jury Instructions

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

**Andrew Katakis Proposed Instruction 6**

<u>Partnership and Joint Venture Defined</u>

The distinction between joint ventures and partnerships is not sharply drawn.  A joint venture usually involves a single business transaction, whereas a partnership may involve a continuing business for an indefinite or fixed period of time.  Yet a joint venture may be of longer duration and greater complexity than a partnership.

9 Witkin, Summary of Cal. Law, Partnership, supra, § 17, at p.416.
<u>Weiner v. Fleischman</u> (1991) 54 Cal. 3d 476, 482

108200-00001
1178471.1

8

2:11-CR-0511- WBS

Higgs Fletcher &
Mack LLP
Attorneys At Law
San Diego

Katakis Proposed Jury Instructions

**Andrew Katakis Proposed Instruction 7**

<u>Requirements of Winning Bidder</u>

The law does not require the winning bidder at a foreclosure auction to list himself or herself on the receipt of sales form.

Cal. Civil Code § 2924

108200-00001
1178471.1
9
2:11-CR-0511- WBS

Higgs Fletcher & Mack LLP
Attorneys At Law
San Diego

Katakis Proposed Jury Instructions

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Claudia A. Quiroz, Esq.<br>K&L Gates LLP<br>4 Embarcadero Ctr., #1200<br>San Francisco, CA  94111<br>415-249-1059 FAX:  415-882-8220<br>claudia.quiroz@klgates.com<br>**DEFENDANT WILEY C. CHANDLER** | Scott L. Tedmon, Esq.<br>980 Ninth St., 16th Floor<br>Sacramento, CA  95814<br>916-449-9985 FAX:  916-446-7104<br>tedmonlaw@comcast.net<br>**DEFENDANT DONALD PARKER** |
| William C. Hahesy, Esq.<br>Law Offices of William C. Hahesy<br>225 West Shaw Avenue, Suite 105<br>Fresno, CA 93704<br>559-579-1230 FAX:  559-579-1231<br>bill@hahesylaw.com<br>**DEFENDANT STEVEN SWANGER** | Anna Tryon Pletcher<br>US DOJ/Antitrust Division<br>450 Golden Gate Avenue<br>Room **10-0101**<br>**San Francisco, CA 94102**<br>**415-436-6600 FAX: 415-436-6684**<br>Anna.pletcher@usdoj.gov<br>**PLAINTIFF USA** |
| Tia Snow Milder<br>US DOJ/Antitrust Division<br>450 Golden Gate Avenue<br>Room **10-0101**<br>**San Francisco, CA 94102**<br>**415-436-6600 FAX: 415-436-6684**<br>Tai.milder@usdoj.gov<br>**PLAINTIFF USA** | Kelsey Linnett, GOVT<br>U.S. Department of Justice – Antitrust Department<br>US DOJ/Antitrust Division<br>450 Golden Gate Avenue<br>**San Francisco, CA 94102**<br>**415-436-6600**<br>Kelsey.linnett@usdoj.gov<br>**PLAINTIFF USA** |

108200-00001
1178471.1

10

2:11-CR-0511- WBS

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Katakis Proposed Jury Instructions

| | |
|---|---|
| May Lee Heye, GOVT<br>.S. Department of Justice – Antitrust Department<br>US DOJ/Antitrust Division<br>450 Golden Gate Avenue<br>**San Francisco, CA 94102**<br>**415-436-6600**<br>May.heye@usdoj.gov<br>**PLAINTIFF USA** | Doron Weinberg<br>Law Offices of Doron Weinberg<br>523 Octavia Street<br>San Francisco, CA 94102<br>415-3472 FAX: 415-552-2706<br>doronweinberg@aol.com<br>**MOVANT RICHARD NORTHCUTT** |

By electronic mail – I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the above-listed CM/ECF registrants.

DATED: February 26, 2014          HIGGS FLETCHER & MACK LLP

By: */s/ Paul J. Pfingst*
PAUL J. PFINGST, ESQ.
Attorneys for Defendant
ANDREW B. KATAKIS

108200-00001
1178471.1
11
2:11-CR-0511- WBS

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

Katakis Proposed Jury Instructions