PAUL J. PFINGST, ESQ. (Bar No. 112967)
pfingst@higgslaw.com
HIGGS FLETCHER & MACK LLP
401 West A Street, Suite 2600
San Diego, CA 92101-7913
619-236-1551 FAX:  619-696-1410

Attorneys for Defendant
**ANDREW B. KATAKIS**

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA
## 501 "I" Street
## Sacramento, CA  95814
## (Honorable William B. Shubb)

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>         Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS,<br><br>         Defendant. | CASE NO.  2:11-CR-0511-WBS<br><br>**DEFENDANT ANDREW B. KATAKIS'**<br>**Supplemental Proposed Jury**<br>**Instructions** |

Andrew Katakis, by and through his counsel, Paul J. Pfingst, proposes the following supplemental jury instruction.  This instruction is proposed in addition to the previously filed instructions.

DATED:  February 26, 2014            HIGGS FLETCHER & MACK LLP

                                     By:/s/ *Paul J. Pfingst*
                                     _____
                                     PAUL J. PFINGST, ESQ.
                                     Attorneys for Defendant
                                     ANDREW B. KATAKIS

**Andrew Katakis Proposed Instruction 8**

Not every agreement between individuals not to bid against each other at an auction is in violation of the law. Partnerships and joint ventures created for the purpose of purchasing property at auctions are legal. A joint venture created by individuals sharing information, pooling resources and agreeing to share risk is permitted by the law. Actual partnerships and joint ventures created to purchase property are not against the law. A partnership or joint venture is against the law when its sole purpose is to restrict bidding and therefor suppress competition.

108200-00001
1178471.1

2

2:11-CR-0511- WBS

Higgs Fletcher &
Mack LLP
Attorneys At Law
San Diego

Katakis Proposed Jury Instructions

# CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

U S Attorney CR
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Claudia A. Quiroz, Esq.<br>K&L Gates LLP<br>4 Embarcadero Ctr., #1200<br>San Francisco, CA 94111<br>415-249-1059 FAX: 415-882-8220<br>claudia.quiroz@klgates.com<br>**DEFENDANT WILEY C. CHANDLER** | Scott L. Tedmon, Esq.<br>980 Ninth St., 16th Floor<br>Sacramento, CA 95814<br>916-449-9985 FAX: 916-446-7104<br>tedmonlaw@comcast.net<br>**DEFENDANT DONALD PARKER** |
| William C. Hahesy, Esq.<br>Law Offices of William C. Hahesy<br>225 West Shaw Avenue, Suite 105<br>Fresno, CA 93704<br>559-579-1230 FAX: 559-579-1231<br>bill@hahesylaw.com<br>**DEFENDANT STEVEN SWANGER** | Anna Tryon Pletcher<br>US DOJ/Antitrust Division<br>450 Golden Gate Avenue<br>Room **10-0101**<br>**San Francisco, CA 94102**<br>**415-436-6600 FAX: 415-436-6684**<br>Anna.pletcher@usdoj.gov<br>**PLAINTIFF USA** |
| Tia Snow Milder<br>US DOJ/Antitrust Division<br>450 Golden Gate Avenue<br>Room **10-0101**<br>**San Francisco, CA 94102**<br>**415-436-6600 FAX: 415-436-6684**<br>Tai.milder@usdoj.gov<br>**PLAINTIFF USA** | Kelsey Linnett, GOVT<br>U.S. Department of Justice – Antitrust Department<br>US DOJ/Antitrust Division<br>450 Golden Gate Avenue<br>**San Francisco, CA 94102**<br>**415-436-6600**<br>Kelsey.linnett@usdoj.gov<br>**PLAINTIFF USA** |

108200-00001
1178471.1

3

2:11-CR-0511- WBS

Higgs Fletcher &
Mack LLP
Attorneys At Law
San Diego

Katakis Proposed Jury Instructions

| May Lee Heye, GOVT<br>.S. Department of Justice – Antitrust Department<br>US DOJ/Antitrust Division<br>450 Golden Gate Avenue<br>**San Francisco, CA 94102**<br>**415-436-6600**<br>May.heye@usdoj.gov<br>**PLAINTIFF USA** | Doron Weinberg<br>Law Offices of Doron Weinberg<br>523 Octavia Street<br>San Francisco, CA 94102<br>415-3472 FAX: 415-552-2706<br>doronweinberg@aol.com<br>**MOVANT RICHARD NORTHCUTT** |
|---|---|

By electronic mail – I hereby certify that I electronically transmitted the attached document(s) to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the above-listed CM/ECF registrants.

DATED:  February 26, 2014            HIGGS FLETCHER & MACK LLP

By: */s/ Paul J. Pfingst*
PAUL J. PFINGST, ESQ.
Attorneys for Defendant
ANDREW B. KATAKIS

HIGGS FLETCHER &
MACK LLP
ATTORNEYS AT LAW
SAN DIEGO

108200-00001
1178471.1                                    4                          2:11-CR-0511- WBS

Katakis Proposed Jury Instructions