UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:11-cr-0511-02 WBS |
| Plaintiff, | |
| v. | **ORDER** |
| ANDREW B. KATAKIS, et al. | |
| Defendant. | |

----oo0oo----

Because the contents of the Presentence Report with regard to defendant Katakis may be affected by the court's ruling upon defendant's pending motion for judgment of acquittal, pursuant to Rule 29 of the Federal Rules of Criminal Procedure, on count 3 of the superseding indictment, the court desires to rule on that motion prior to the finalization of the presentence report. Accordingly, defendant's brief on that motion shall be filed on or before April 3, 2014. The government's brief in opposition to that motion shall be filed on or before April 17, 2014, and the defendant may file a reply brief on or before April

1

1  24, 2014.  The court will hear arguments on the motion at 10:00
2  a.m. on May 5, 2014.
3          IT IS SO ORDERED.
4  Dated:  March 12, 2014

   WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE