HIGGS FLETCHER & MACK LLP
PAUL J. PFINGST - #112967
pfingst@higgslaw.com
401 West A Street, Suite 2600
San Diego, CA 92101-7913
Telephone: (619) 236-1551
Facsimile: (619) 696-1410

KEKER & VAN NEST LLP
ELLIOT R. PETERS - # 158708
epeters@kvn.com
STEVEN A. HIRSCH - # 171825
shirsch@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorney for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS,<br><br>Defendant. | Case No. 2:11-CR-0511-02 (WBS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND HEARING DATE FOR DEFENDANT ANDREW B. KATAKIS'S MOTIONS UNDER RULES 29 AND 33** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND HEARING DATE FOR
DEFENDANT ANDREW B. KATAKIS'S MOTIONS UNDER RULES 29 AND 33
Case No. 2:11-CR-0511-02 (WBS)

808366.02

The United States of America, through its counsel, Tai Milder, Trial Attorney, Antitrust Division, United States Department of Justice, and defendant Andrew B. Katakis, through his counsel Elliot R. Peters and Steven A. Hirsch, stipulate, agree, and request the Court to order as follows:

1. On February 27, 2014, the Court heard oral argument on defendant Katakis's Rule 29 motion for judgment of acquittal. The Court took the motion under submission insofar as the motion concerns Count 3 of the superseding indictment. (Dkt. #256.)

2. On March 12, 2014, the Court entered an order directing defendant Katakis to file a brief in support of his Rule 29 motion on April 3, 2014; directing the government to file its opposition brief on April 17, 2014; and directing Katakis to file his reply brief on April 24, 2014. The Court set a further hearing on defendant's Rule 29 motion for May 5, 2014. (Dkt. #280.)

3. On March 19, 2014, counsel for defendant Katakis filed a notice of association and appearance of counsel for Elliot R. Peters and Steven A. Hirsch of Keker & Van Nest LLP. Mr. Peters and Mr. Hirsch promptly ordered official copies of the trial transcript on an expedited basis. The transcript is still being prepared.

4. To provide defense counsel with the time necessary to obtain and review the record and to prepare the motion, the government agrees that defense counsel should be given additional time to brief and argue defendant Katakis's Rule 29 motion.

5. Accordingly, the parties stipulate and agree to request that the filing and hearing dates be extended as follows: Defendant's brief in support of his pending Rule 29 motion shall be filed on or before April 21, 2014; the government's opposition brief shall be filed on or before May 12, 2014; and defendant's reply brief shall be filed on or before May 19, 2014. The Court is requested to hear argument on the motion at 10:00 a.m. on June 2, 2014.

6. Additionally, the deadline for defendant to file a Rule 33 motion for a new trial is

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND HEARING DATE FOR
DEFENDANT ANDREW B. KATAKIS'S MOTIONS UNDER RULES 29 AND 33
Case No. 2:11-CR-0511-02 (WBS)

March 25, 2014 (14 days after the verdict).  To provide defense counsel with the time necessary to obtain and review the record and to prepare the motion, the government agrees that defense counsel should be given additional time to file defendant Katakis's Rule 33 motion. Accordingly, the parties stipulate and agree to request that the Court extend the filing and hearing dates, so that defendant Katakis's Rule 33 motion and supporting papers shall be filed on or before April 21, 2014, the government's opposition brief shall be filed on or before May 12, 2014, and defendant's reply brief shall be filed on or before May 19, 2014.  The Court is requested to hear arguments on the motion at 10:00 a.m. on June 2, 2014.

7. The Court has advised us that extending the post-trial briefing deadlines will necessitate continuing the sentencing hearing to a stipulated date.  The parties therefore stipulate and agree to request that the sentencing hearing be continued to 9:30 a.m. on July 21, 2014.

SO STIPULATED AND AGREED,

Dated:  March 25, 2014                                              KEKER & VAN NEST LLP

                                                            By:   */s/ Elliot R. Peters*
                                                                  ELLIOT R. PETERS
                                                                  STEVEN A. HIRSCH

                                                                  Attorneys for Defendant


Dated:  March 25, 2014                                              ANTITRUST DIVISION, UNITED
                                                                    STATES DEPARTMENT OF JUSTICE


                                                                  */s/ Tai Milder*
                                                            By:   (as authorized on March 25, 2014)
                                                                  TAI MILDER

                                                                  Attorney for Plaintiff

2

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND HEARING DATE FOR
DEFENDANT ANDREW B. KATAKIS'S MOTIONS UNDER RULES 29 AND 33
Case No. 2:11-CR-0511-02 (WBS)

808366.02

# ORDER

Based on the parties' stipulation and for good cause shown, defendant Katakis's brief in support of his Rule 33 motion and supporting papers shall be filed on or before April 21, 2014; the government's brief in opposition thereto shall be filed on or before May 12, 2014; and defendant Katakis's reply brief in support of that motion shall be filed on or before May 19, 2014. The court will hear arguments on that motion at 10:00 a.m. on June 2, 2014.

However, the parties' request to continue the briefing schedule and hearing on defendant Katakis's pending Rule 29 motion is denied. For the reasons previously expressed, the court desires to hear and decide that motion promptly. The court sets no limits on the length of briefs.

Because the court desires to impose judgment upon both defendants Katakis and Parker at the same time, the request to continue defendant Katakis's sentencing hearing is denied without prejudice at this time.

**IT IS SO ORDERED.**

Dated: March 25, 2014

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

808366.02