1  HIGGS FLETCHER & MACK LLP
   PAUL J. PFINGST - #112967
2  pfingst@higgslaw.com
   401 West A Street, Suite 2600
3  San Diego, CA 92101-7913
   Telephone:    619 236 1551
4  Facsimile:    619 696 1410

5  KEKER & VAN NEST LLP
   ELLIOT R. PETERS - # 158708
6  epeters@kvn.com
   STEVEN A. HIRSCH - # 171825
7  shirsch@kvn.com
   633 Battery Street
8  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
9  Facsimile:    415 397 7188

10 Attorneys for Defendant
   ANDREW B. KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0511 (WBS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND HEARING DATE FOR DEFENDANT ANDREW B. KATAKIS'S MOTION UNDER RULE 33** |
| v. | |
| ANDREW B. KATAKIS, DONALD M. PARKER, ANTHONY B. JOACHIM, and W. THEODORE LONGLEY, | |
| | Date Case Filed:    December 7, 2011 |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND HEARING DATE FOR
DEFENDANT ANDREW B. KATAKIS'S MOTION UNDER RULE 33
Case No. 2:11-CR-0511 (WBS)

816048.01

The United States of America, through its counsel, Anna Pletcher, Trial Attorney, Antitrust Division, United States Department of Justice, and defendant Andrew B. Katakis, through his counsel Elliot R. Peters and Steven A. Hirsch, stipulate, agree, and request the Court as follows:

1. Following a five-week jury trial in this matter, in late March 2014, Mr. Katakis retained new counsel. On March 19, 2014, Elliot R. Peters and Steven A. Hirsch of Keker & Van Nest LLP filed a notice of association and appearance in this case. *See* Dkt. #282.

2. On March 25, 2014, Mr. Katakis's defense counsel and the government filed a Stipulated Request to Extend Deadlines and Hearing Date for Mr. Katakis's Motions under Rules 29 and 33. *See* Dkt. #283. The Court denied the request to extend deadlines for the Rule 29 motion, explaining that it desired to promptly hear and decide that motion. *See* Dkt. #284. The Court granted the request concerning the Rule 33 motion, extending the deadline from March 25, 2014 to April 21, 2014. Thus, the total period of extensions already obtained for the Rule 33 motion is 27 days.

3. Mr. Katakis's new counsel diligently prepared and filed his Rule 29 motion within two weeks of being retained, despite the lack of a complete set of final trial transcripts, which was completed this week, on April 7, 2014. The trial transcript totals 3,602 pages. Because new counsel had to focus on those aspects of the transcript bearing on the Rule 29 motion, they are still familiarizing themselves with the rest of the record.

4. Mr. Katakis's trial counsel, Paul Pfingst, has been largely unavailable to help new counsel prepare Mr. Katakis's Rule 29 and Rule 33 motions, because he has been in trial or preparing for trial ever since Mr. Katakis's trial ended.

5. Mr. Katakis's new counsel are investigating potential newly discovered evidence that may provide a basis for new trial under Rule 33. The current deadline of April 21, 2014 for

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND HEARING DATE FOR
DEFENDANT ANDREW B. KATAKIS'S MOTION UNDER RULE 33
Case No. 2:11-CR-0511 (WBS)

816048.01

Mr. Katakis's Rule 33 motion does not provide adequate time to complete that investigation.

6.  Federal Rule of Criminal Procedure 45(b)(1)(A) allows for the extension of time "for good cause." The retention of new counsel is good cause: "A defendant may ask the Court to extend the time for filing of a Rule 33 motion in order to have new counsel prepare the Rule 33 motion." *United States v. Biear*, Case No. S3 09 cr. 1185 (PKC), 2012 U.S. Dist. LEXIS 37874, *10 (S.D.N.Y. Mar. 20, 2012). Mr. Katakis has shown good cause for a modest extension of the Rule 33 deadline, based on his recent retention of new counsel, the complexity of the case, the length of the trial record, Mr. Pfingst's unavailability, and counsel's ongoing investigation. Accordingly, the Court should extend the time in which Mr. Katakis must file his Rule 33 motion to allow defense counsel sufficient time to prepare the motion.

7.  Additionally, Mr. Katakis requests a status conference to discuss continuing his sentencing date. His Probation Officer supports this request. Probation has not yet interviewed Mr. Katakis, desires to do so after his Rule 29 and 33 motions are decided, needs two weeks to prepare the report, and must disclose the draft report six weeks before sentencing. Therefore, the current sentencing date of June 9, 2014 would be impractical, if not impossible, even if no extension were granted for the Rule 33 motion.

8.  The parties request the Court extend the filing and hearing dates, so that defendant Katakis's Rule 33 motion and supporting papers shall be filed on or before June 2, 2014; the government's opposition brief shall be filed on or before June 23, 2014; defendant's reply brief shall be filed on or before July 7, 2014; and the motion would be heard at 10:00 a.m. on July 14, 2014.. The parties are also available at 10:00 a.m. on July 21, 2014.

9.  The parties also request that the Court set a status conference for 10:00 a.m. on May 5, 2014 so that the parties and the Court can discuss continuing Mr. Katakis's sentencing hearing. May 5 would be convenient because the hearing on Mr. Katakis's Rule 29 motion is

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND HEARING DATE FOR
DEFENDANT ANDREW B. KATAKIS'S MOTION UNDER RULE 33
Case No. 2:11-CR-0511 (WBS)

816048.01

scheduled for that date.

SO STIPULATED AND AGREED,

Dated: April 11, 2014					KEKER & VAN NEST LLP

							By:	*/s/ Elliot R. Peters*
								ELLIOT R. PETERS
								STEVEN A. HIRSCH

								Attorneys for Defendant

Dated: April 11 25, 2014				ANTITRUST DIVISION, UNITED
							STATES DEPARTMENT OF JUSTICE

									*/s/ Anna Pletcher*
							By:	(as authorized on April 11, 2014)
								ANNA PLETCHER

								Attorney for Plaintiff

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND HEARING DATE FOR
DEFENDANT ANDREW B. KATAKIS'S MOTION UNDER RULE 33
Case No. 2:11-CR-0511 (WBS)

816048.01

# ORDER

Based on the parties' stipulation and for good cause shown, defendant Katakis's brief in support of his Rule 33 motion and supporting papers shall be filed on or before June 2, 2014; the government's opposition brief shall be filed on or before June 23, 2014; defendant's reply brief shall be filed on or before July 7, 2014; and the motion will be heard at 10:00 a.m. on July 14, 2014. This order does not affect defendant's Rule 29 motion, which will be heard as scheduled.

The Court sets a status conference for 10:00 a.m. on May 5, 2014, so that the parties and the Court can discuss continuing Mr. Katakis's sentencing hearing.

**IT IS SO ORDERED.**

**Dated: April 14, 2014**

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

4
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES AND HEARING DATE FOR DEFENDANT ANDREW B. KATAKIS'S MOTION UNDER RULE 33
Case No. 2:11-CR-0511 (WBS)

816048.01