ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS and<br>DONALD M. PARKER,<br><br>Defendants. | Case No. 2:11-CR-511-WBS<br><br>**STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Judge: Hon. William B. Shubb<br>Place: Courtroom 5 |

## **STIPULATION**

This case is on the Court's calendar for a status conference on June 9, 2014 to discuss the potential retrial of defendants on Count Two of the Superseding Indictment. The jury was unable to reach a verdict on that charge. The decision to retry Count Two may be affected by the outcome of the motion for a new trial that Mr. Katakis filed and Mr. Parker joined. As a result, the parties respectfully request that the status conference currently set for **June 9, 2014** be continued to **August 11, 2014** at 9:30 a.m.

///

///

///

UNITED STATES' STIP. AND PROPOSED ORDER

1

IT IS SO STIPULATED.

Dated: June 4, 2014          Respectfully submitted,

/s/ Anna Tryon Pletcher
Anna Tryon Pletcher
Tai S. Milder
May Lee Heye
Kelsey C. Linnett
Trial Attorneys
U.S. Department of Justice
Antitrust Division


/s/ Elliot R. Peters*
ELLIOT R. PETERS
Counsel for Andrew B. Katakis


/s/ Scott L. Tedmon*
SCOTT L. TEDMON
Counsel for Donald M. Parker

*Signed with permission

## **ORDER**

The Court hereby continues the status conference for defendants Andrew B. Katakis and Donald M. Parker from **June 9, 2014** to **August 11, 2014 at 9:30 a.m.**

IT IS SO ORDERED.

Dated: June 4, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE