KEKER & VAN NEST LLP
ELLIOT R. PETERS - # 158708
epeters@kvn.com
STEVEN A. HIRSCH - # 171825
shirsch@kvn.com
JENNIFER A. HUBER - # 250143
jhuber@kvn.com
ELIZABETH K. MCCLOSKEY - # 268184
emccloskey@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
ANDREW B. KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0511 (WBS) |
| Plaintiff, | **STIPULATION AND ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE FOR DEFENDANT ANDREW B. KATAKIS** |
| v. | |
| ANDREW B. KATAKIS, DONALD M. PARKER, ANTHONY B. JOACHIM, and W. THEODORE LONGLEY, | Date Filed: December 7, 2011 |
| Defendants. | |

STIPULATION AND [PROPOSED] ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE
FOR DEFENDANT ANDREW B. KATAKIS
Case No. 2:11-CR-0511 (WBS)

843893

# **ORDER**

Based on the parties' stipulation, the Court modifies its December 14, 2011 Order for Release of Person in Custody (Dkt. #29), permitting defendant Katakis to replace his secured appearance bond in the amount of $900,000 in cash with a property bond, also in the amount of $900,000.

Upon receiving notice of the Court's issuance of this Order, Mr. Katakis will file with the Contra Costa County Recorder's Office a deed of trust naming as beneficiary the Clerk of the Court for the Eastern District of California.

When the Clerk receives a certified copy of the recorded deed of trust securing $900,000 and naming as beneficiary the Clerk of the Court for the Eastern District of California, the Clerk shall exonerate Mr. Katakis's cash bond. The Clerk shall return the cash bond to California Equity Management, Inc., PO Box 1747, Modesto, CA 95353.

**IT IS SO ORDERED.**

Dated: August 28, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND PROPOSED ORDER FOR MODIFICATION OF
CONDITIONS OF RELEASE FOR DEFENDANT ANDREW B. KATAKIS
Case No. 2:11-CR-0511 (WBS)

843893
843893