ANNA TRYON PLETCHER (Cal. Bar No. 239730)
TAI S. MILDER (Cal. Bar No. 267070)
MAY LEE HEYE (Cal. Bar No. 209366)
KELSEY C. LINNETT (Cal. Bar No. 274547)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ANDREW B. KATAKIS and DONALD M. PARKER, <br><br> Defendants. | CASE NO. 2:11-CR-511-WBS <br><br> STIPULATION AND ORDER TO LIFT STAY AND SET BRIEFING SCHEDULE <br><br> Hearing Date: November 9, 2015 <br> Time: 9:30 a.m. <br> Courtroom: 5 |

On March 11, 2014, a jury returned guilty verdicts against Andrew Katakis and Donald Parker for bid rigging and Katakis for obstruction of justice. Katakis moved for a judgment of acquittal on the obstruction count. The Court granted the motion on May 9, 2014. On June 6, 2014, the government filed a notice of appeal. Four days earlier, on June 2, Katakis had moved for a new trial on the bid-rigging count. Parker joined that motion. On June 10, 2014, the Court stayed all proceedings pending receipt of an order of remand from the Court of Appeals. On August 31, 2015, the Ninth Circuit affirmed the Court's order granting Katakis a judgment of acquittal. The formal mandate issued on September 23, 2015.

\\

\\

\\

STIPULATION AND [PROPOSED] ORDER TO LIFT STAY AND SET BRIEFING SCHEDULE

In light of the appellate decision, the parties respectfully request that the Court lift the stay and permit defendants to file amended new trial motions. The parties propose the following briefing schedule:

- October 1, 2015: Defendants submit amended new trial motions;
- October 16, 2015: Government submits its opposition;
- October 23, 2015: Defendants submit their replies;
- November 9, 2015: Hearing.

Dated: September 24, 2015　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　/s/ Anna Tryon Pletcher
　　　　　　　　　　　　　　　　　　　　　　　Anna Tryon Pletcher
　　　　　　　　　　　　　　　　　　　　　　　Tai S. Milder
　　　　　　　　　　　　　　　　　　　　　　　May Lee Heye
　　　　　　　　　　　　　　　　　　　　　　　Kelsey C. Linnett
　　　　　　　　　　　　　　　　　　　　　　　Trial Attorneys
　　　　　　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　　　　　　Antitrust Division


　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　*ELLIOT R. PETERS
　　　　　　　　　　　　　　　　　　　　　　　 Counsel for Andrew B. Katakis


　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　*SCOTT L. TEDMON
　　　　　　　　　　　　　　　　　　　　　　　 Counsel for Donald M. Parker

*Signed with permission

ORDER

In light of the Ninth Circuit decision issued on August 31, 2015, the stay on all proceedings in this matter is hereby lifted. Defendants may resubmit their new trial motions. The parties shall adhere to the briefing schedule described above. A hearing on the new trial motions will be set for November 9, 2015, at 9:30 a.m.

IT IS SO ORDERED.

Dated: September 28, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER TO LIFT STAY AND SET BRIEFING SCHEDULE