UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW B. KATAKIS, DONALD M. PARKER, and W. THEODORE LONGLEY,<br><br>　　　　Defendants. | CR. NO. 2:11-511 WBS<br><br>ORDER |

----oo0oo----

In support of his motion for a new trial pursuant to Rule 33 of the Federal Rules of Criminal Procedure, defendant Andrew Katakis has submitted extrinsic evidence, including declarations from two alleged key witnesses that his trial counsel did not interview or call. (Docket Nos. 375-377.) The Ninth Circuit recently held that, "when a claim of ineffective assistance of counsel is first raised in the district court prior to the judgment of conviction, the district court may, and at times should, consider the claim at that point in the

1

proceeding." United States v. Steele, 733 F.3d 894, 897 (9th Cir. 2013) (quoting United States v. Brown, 623 F.3d 104, 113 (2d Cir. 2010)); see also Steele, 733 F.3d at 897 (explaining that a district court "need not . . . 'require a defendant to use his one § 2255 motion to raise an ineffective assistance claim post judgment, particularly when the district court is in a position to take evidence, if required, and to decide the issue prejudgment.'" (quoting Brown, 623 F.3d at 113)).

      IT IS THEREFORE ORDERED that the hearing on Katakis's motion for a new trial set for November 16, 2015 is VACATED. A status conference is set for November 23, 2015 at 9:00 a.m. to discuss the evidentiary hearing. No later than November 16, 2015, both parties shall submit a report estimating the duration of the evidentiary hearing and identifying (1) the issues to be addressed at the evidentiary hearing; (2) the witnesses who will be called; and (3) the exhibits that will be offered. Katakis's reply in support of his motion for a new trial remains due on November 6, 2015.

Dated: November 5, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE