KEKER & VAN NEST LLP
ELLIOT R. PETERS - #158708
epeters@kvn.com
STEVEN A. HIRSCH - #171825
shirsch@kvn.com
JENNIFER A. HUBER - #250143
jhuber@kvn.com
ELIZABETH K. MCCLOSKEY - #268184
emccloskey@kvn.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:    415 391 5400
Facsimile:    415 397 7188

Attorneys for Defendant
ANDREW B. KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>     v.<br><br>ANDREW B. KATAKIS, DONALD M. PARKER, ANTHONY B. JOACHIM, and W. THEODORE LONGLEY,<br><br>           Defendants. | Case No. 2:11-CR-0511 (WBS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS CONFERENCE**<br><br>Date Case Filed:     December 7, 2011 |

WHEREAS, on November 6, 2015, the Court set a status conference for November 23, 2015 at 9:00 a.m. to discuss an evidentiary hearing on Mr. Katakis's claim of ineffective assistance of counsel, and requested that the parties both submit a report regarding the hearing no later than November 16, 2015;

WHEREAS, the undersigned are not all available for a status conference on November 23, 2015;

WHEREAS, the parties met and conferred and are all available on November 30, 2015 at 9:00 a.m. and have confirmed the Court's availability at that time as well;

The parties respectfully stipulate and request that the status conference be rescheduled to Monday, November 30, 2015 at 9:00 a.m., and that the deadline for the parties to submit their reports be continued to November 23, 2015.

**IT IS SO STIPULATED.**


Dated: November 9, 2015                KEKER & VAN NEST LLP

                                       By: */s/ Elliot R. Peters*
                                           ELLIOT R. PETERS
                                           STEVEN A. HIRSCH
                                           JENNIFER A. HUBER
                                           ELIZABETH K. MCCLOSKEY

                                           Attorneys for Defendant


Dated: November 9, 2015                ANTITRUST DIVISION, UNITED
                                       STATES DEPARTMENT OF JUSTICE


                                           */s/ Anna Pletcher*
                                       By: (as authorized on November 9, 2015)
                                           ANNA PLETCHER

                                           Attorney for Plaintiff

## ORDER

Pursuant to the foregoing stipulation, and for good cause appearing, the November 23, 2015 status conference as to defendant Andrew Katakis is continued to November 30, 2015 at 9:00 a.m. The parties shall submit their reports, as directed in Dkt. No. 392, no later than November 23, 2015.

**IT IS SO ORDERED.**

Dated: November 10, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE