MAY LEE HEYE (Cal. Bar No. 209366)
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 2:11-CR-511-02 WBS |
| Plaintiff, | [~~PROPOSED~~] ORDER |
| v. | Judge: Hon. William B. Shubb<br>Place: Courtroom 5 |
| ANDREW B. KATAKIS, | Hearing Date: February 9, 2016<br>Time: 9:00 a.m. |
| Defendant. | |

In his Amended Motion for New Trial pursuant to Federal Rule of Criminal Procedure 33, (Docket No. 373), defendant Andrew Katakis argues, inter alia, that his trial counsel, Paul Pfingst, provided ineffective assistance of counsel. The court has set an evidentiary hearing on this issue for February 9, 2016.

In connection with that hearing, the government may request from the court a subpoena pursuant to Federal Rule of Criminal Procedure 17(c). The government shall draft the subpoena consistent with the attorney-client privilege waiver order that was issued on December 21, 2015. (Docket No. 410). The subpoena shall require the requested items to be returned to the court by January 15, 2016.

The parties shall meet and confer regarding the draft subpoena language. By December 28, 2015, the parties shall either submit the draft subpoena or inform the court of any issues that need to be resolved.

IT IS SO ORDERED.

Dated: December 21, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE