UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS, DONALD M. PARKER, and W. THEODORE LONGLEY,<br><br>Defendants. | CR. NO. 2:11-511 WBS<br><br>ORDER |

----oo0oo----

On December 24, 2015, defendant Andrew Katakis's trial counsel, Plaul Pfingst, was ordered to produce certain documents. The subpoena stated: "You are HEREBY DIRECTED to produce the documents described herein to the attention of the Honorable William B. Shubb at 501 I Street, Suite 14-210, Sacramento, California 95814 no later than January 15, 2016, by 4:00 p.m., any correspondence, emails, notes, billing records, and other materials that concern witnesses Theodore Hutz, Eric Tolman, and Will Trawick, and trial counsel's investigation, assessment,

1

evaluation, and trial strategy decisions concerning those three witnesses." (Docket No. 424-1.) The subpoena did not say that Mr. Pfingst could redact anything. Although Mr. Pfingst produced documents pursuant to the subpoena, the documents he submitted are heavily redacted and the court is unable to determine whether any of the redacted portions are within the scope of the waiver of the attorney-client privilege.

Accordingly, Mr. Pfingst is hereby ordered to produce an <u>unredacted</u> copy of the previously submitted documents to this court no later than Thursday, February 4, 2016 at 4:00 p.m. with his proposed redactions highlighted in yellow. The court will then refer the matter to Chief Magistrate Judge Brennan to determine whether any of the proposed redactions are within the scope of the waiver.

The Clerk shall serve a copy of this Order on Mr. Pfingst at the email address on file through CM/ECF.

IT IS SO ORDERED.

Dated: February 1, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE