ANNA TRYON PLETCHER (Cal. Bar No. 239730)
Assistant Chief
United States Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
Facsimile: (415) 934-5399

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:11-CR-511-WBS |
| Plaintiff, | UNITED STATES' REQUEST TO MODIFY BRIEFING SCHEDULE |
| v. | |
| ANDREW B. KATAKIS and DONALD M. PARKER, | |
| Defendants. | |

At a hearing on February 1, 2016, defendant Katakis was granted leave to file a second amended new trial motion, and a briefing schedule was set. The schedule required Katakis to file his motion on February 3, 2016, the government to file its opposition on February 17, 2016, and Katakis to file his reply on February 24, 2016.

In accordance with the schedule, Katakis submitted his motion on February 3, 2016. It consisted of two separate briefs: one stating claims of ineffective assistance of counsel ("IAC Brief") ( ECF 444) and one stating all other claims ("Second Amended New Trial Brief") (ECF 445).

Katakis's Second Amended New Trial Brief is 52 pages long. Although he raises many of the same arguments that he made in the two previous new trial motions, he brings a new claim based on the magistrate judge's denial of discovery into financial dealings between cooperating witnesses and NorCal Redevelopment Corporation. Katakis also expands on his argument that evidence related to

DriveScrubber was inadmissible to show consciousness of guilt. Katakis addressed this point in the reply brief associated with his first amended new trial motion (ECF 393), but the United States did not have an opportunity to respond.

Because of the excessive length and the inclusion of new facts and arguments, the United States respectfully requests additional time to file its opposition to Katakis's Second Amended New Trial Brief. We propose to file our opposition on March 1, 2016, with Katakis's reply brief due on March 15, 2016. We plan to file our opposition to the IAC Brief on February 17, 2016, according to the original schedule. Counsel for Katakis does not oppose this request.

Dated: February 12, 2016                              Respectfully submitted,

                                                      s/ Anna Tryon Pletcher
                                                      ANNA TYRON PLETCHER
                                                      Assistant Chief
                                                      U.S. Department of Justice
                                                      Antitrust Division


                                      ORDER

For the reasons described above, the current briefing schedule will be modified to allow the United States to file its opposition to the Second Amended New Trial Motion on March 1, 2016, and defendant to file his reply on March 15, 2016.

        IT IS SO ORDERED.

Dated: February 12, 2016

                                      WILLIAM B. SHUBB
                                      UNITED STATES DISTRICT JUDGE

UNITED STATES' REQUEST TO MODIFY BRIEFING SCHEDULE