UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| UNITED STATES OF AMERICA, | CR. NO. 2:11-511 WBS |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| ANDREW B. KATAKIS, DONALD M. PARKER, and W. THEODORE LONGLEY, | |
| Defendants. | |

----oo0oo----

After conducting an evidentiary hearing on March 1-2, 2016, the court denied defendant Andrew Katakis's motion for a new trial on the grounds that Katakis's trial counsel was ineffective because he failed to interview or call certain potential witnesses. On March 16, 2016, Katakis withdrew all of his remaining grounds pertaining to his claim of ineffective assistance of counsel. (Docket No. 492.)

This matter is now set for hearing at 9:00 a.m. on May 9, 2016 to hear arguments on Katakis's motion for new trial and

1

defendant Donald M. Parker's joinder of that motion on the remaining grounds of (1) the government's use of the DriveScrubber evidence resulted in prejudicial spillover; (2) there was prosecutorial misconduct; (3) the inclusion of the aiding and abetting jury instruction confused the jury; (4) the magistrate judge's denial of a discovery motion; and (5) the cumulative effect of all of these alleged grounds.  (See Docket No. 445.)

The government's request to file a surreply, (Docket No. 493), is granted and the government shall file a surreply no later than March 30, 2016.  The April 1, 2016 hearing date is vacated.

IT IS SO ORDERED.

Dated:  March 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE