1  KEKER & VAN NEST LLP
   ELLIOT R. PETERS - #158708
2  epeters@kvn.com
   STEVEN A. HIRSCH - #171825
3  shirsch@kvn.com
   JENNIFER A. HUBER - #250143
4  jhuber@kvn.com
   ELIZABETH K. MCCLOSKEY - #268184
5  emccloskey@kvn.com
   633 Battery Street
6  San Francisco, CA 94111-1809
   Telephone:    415 391 5400
7  Facsimile:    415 397 7188

8  Attorneys for Defendant
   ANDREW B. KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:11-CR-0511 (WBS) |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE EVIDENTIARY HEARING ON DEFENDANT KATAKIS'S MOTION FOR NEW TRIAL** |
| v. | |
| ANDREW B. KATAKIS, DONALD M. PARKER, ANTHONY B. JOACHIM, and W. THEODORE LONGLEY, | Date Case Filed: December 7, 2011 |
| Defendants. | |

| | |
|---|---|
| 1 | WHEREAS, on March 29, 2016, the Court set for May 9, 2016 at 9:00 a.m. an evidentiary hearing on Defendant Andrew Katakis's Amended Motion for New Trial. Dkt. No. 445; |
| 2 | WHEREAS, counsel for Mr. Katakis is not available for an evidentiary hearing on May 9, 2016; |

WHEREAS, on March 29, 2016, the Court set for May 9, 2016 at 9:00 a.m. an evidentiary hearing on Defendant Andrew Katakis's Amended Motion for New Trial. Dkt. No. 445;

WHEREAS, counsel for Mr. Katakis is not available for an evidentiary hearing on May 9, 2016;

WHEREAS, the parties met and conferred and are all available on June 21, 2016 at 9:00 a.m. and have confirmed the Court's availability at that time as well;

The parties respectfully stipulate and request that the evidentiary hearing be rescheduled to Tuesday, June 21, 2016 at 9:00 a.m.

**IT IS SO STIPULATED.**


Dated:  April 18, 2016                                KEKER & VAN NEST LLP


                                          By:   */s/ Elliot R. Peters*
                                                ELLIOT R. PETERS
                                                STEVEN A. HIRSCH
                                                JENNIFER A. HUBER
                                                ELIZABETH K. MCCLOSKEY

                                                Attorneys for Defendant


Dated:  April 18, 2016                                ANTITRUST DIVISION, UNITED
                                                STATES DEPARTMENT OF JUSTICE


                                                */s/ Anna Pletcher*
                                          By:   (as authorized on April 18, 2016)
                                                ANNA PLETCHER

                                                Attorney for Plaintiff

## ORDER

Pursuant to the foregoing stipulation, and for good cause appearing, the evidentiary hearing on Defendant Andrew Katakis's Amended Motion for New Trial is continued to June 21, 2016 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 19, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE