UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>        v.<br><br>ANDREW B. KATAKIS, DONALD M. PARKER, and W. THEODORE LONGLEY,<br><br>            Defendants. | CR. NO. 2:11-511 WBS<br><br>ORDER |

----oo0oo----

        Defendant Andrew Katakis moves *ex parte* for issuance of subpoenas under Federal Rule of Criminal Procedure 17(c) in anticipation of the upcoming evidentiary hearing on his motion for a new trial.  As this court has previously explained, "the judges in this district have generally permitted Rule 17(c) subpoenas to be obtained *ex parte* when a party 'makes a showing of the need for confidentiality.'"  United States v. McClure, Cr. No. 2:08-100 WBS, 2009 WL 937502, at *1 (E.D. Cal. Apr. 7, 2009) (quoting United States v. Tomison, 969 F. Supp. 587, 591 n.8

(E.D. Cal. 1997)).  A need for confidentiality may arise if requiring notice to the government would inform the government of the defendant's theory of his case.  Tomison, 969 F. Supp. at 593.

Defendant has outlined the theories of his motion for a new trial in the numerous briefs he has submitted in support of his motion.  Although defendant's request for Rule 17(c) subpoenas forces him to articulate his theory about the Swangers and Castleberrys, neither this theory nor the reasons for seeking Rule 17(c) subpoenas are unknown to the government.  The court therefore does not see a need to keep defendant's request or the court's issuance of the subpoenas confidential from the government.

Moreover, defendant seeks pretrial production of the subpoenaed documents, which should be granted only if "failure to obtain such inspection may tend unreasonably to delay the trial," because Rule 17(c) is not a discovery device.  United States v. Nixon, 418 U.S. 683, 699-700 (1974).  Allowing advance production of the documents without the government's knowledge would defeat the time-saving aims of pretrial production.  If, as defendant proposes, the government learns of the financial records subpoenaed for the first time at the evidentiary hearing, it is virtually certain the government would request additional time to review the very documents defendant had over five weeks to examine.

IT IS THEREFORE ORDERED that authority to issue the Rule 17(c) subpoenas attached hereto is GRANTED.  Upon receipt of the subpoenaed documents, defendant shall provide the government

with a copy of all of the documents produced pursuant to the subpoenas.

Dated:  April 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 2:11-cr-511-WBS |
| ANDREW B. KATAKIS, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   KEN SWANGER

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: 5, 14th Floor |
|---|---|
| Robert T. Matsui Federal Courthouse | |
| 501 I Street, Sacramento, CA 95814 | Date and Time: June 21, 2016 at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:   The materials requested in Attachment A shall be produced by May 13, 2016 to Jennifer A. Huber, Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111; Tel: (415) 391-5400.

*(SEAL)*

Date:   APR 1 9 2016

CLERK OF COURT

*J. Jackson*
_____
*Signature of Clerk or Deputy Clerk*

T Jackson

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Defendant
ANDREW B. KATAKIS_____, who requests this subpoena, are:

ELLIOT R. PETERS (SBN 158708)/JENNIFER A. HUBER (SBN 250143)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Tel: (415) 391-5400/Fax: (415) 397-7188
Email: epeters@kvn.com/jhuber@kvn.com



American LegalNet, Inc.
www.FormsWorkFlow.com

Case No. 2:11-cr-511-WBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____                    _____

                                                                        *Server's signature*

                                                        _____

                                                                        *Printed name and title*

                                                        _____

                                                                        *Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com

Ken Swanger

## <u>ATTACHMENT A</u>

## <u>Subpoena to Produce Documents, Information, or Objects<br>in a Criminal Action</u>

## <u>DEFINITIONS</u>

For purposes of this subpoena, the following defined terms shall have the following meanings, and the following instructions shall apply.

1.    "COMMUNICATIONS" means every manner or method of disclosure or transfer or exchange of information, whether orally or by DOCUMENT, and whether face to face, by telephone, mail, e-mail, personal delivery or otherwise.

2.    "DOCUMENT(S)" shall mean and include all "writings" as defined in the Federal Rules of Evidence, Rule 1001(l), as well as all writings of any nature whatsoever within your possession, custody, or control, including, but not limited to, communications, correspondence, accounting records, ledgers, checks, memoranda, notes, records, reports, books, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, minutes or records of meetings, work papers, drafts, copies, graphs, emails, computer tapes, disks, or other electronic storage media.

3.    "RELATING TO" means relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or in part), as the context makes appropriate.

4.    "YOU" or "YOUR" means the person or entity to whom this subpoena is addressed; any current or former company of that person (whether wholly owned or not), including any parent, predecessor, successor, division, affiliate, or subsidiary; any joint venture to which any such person is or was a party; and each officer, director, manager, partner, employee, attorney, agent, representative, consultant, affiliated person, or other person acting on behalf of any of them.

1

1052168

5.      "NORCAL" means NorCal Redevelopment Corporation; any parent, predecessor, successor, division, affiliate, or subsidiary (whether wholly owned or not) of NorCal Redevelopment Corporation; any joint venture to which any such person is or was a party; and each officer, director, manager, partner, employee, or other person acting on behalf of any of them.

## DOCUMENTS REQUESTED

1.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO or reflecting payments, or transfers of funds during the time period March 2008 through October 2010 between YOU, Wiley Chandler, Richard Northcutt, Steven Swanger, Richard Castleberry, George Castleberry, or NORCAL, any company owned or then owned by any of these persons (whether wholly owned or not), or joint venture which any of these persons is or was a party.

2.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO the transfer of any real property, including but not limited to the real property located at 18791 County Road 94B, Woodland, California, between YOU, Wiley Chandler, Richard Northcutt, Steven Swanger, Richard Castleberry, George Castleberry, NORCAL, any company owned or then owned by any of these persons (whether wholly owned or not), or joint venture which any of these persons is or was a party,.

3.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO the receipt or payment of any funds in connection with the real property located at 18791 County Road 94B, Woodland, California.

# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:11-cr-511-WBS |
| ANDREW B. KATAKIS, et al. | ) | |
| Defendant | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   **WILEY CHANDLER**

   **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: 5, 14th Floor |
|---|---|
| Robert T. Matsui Federal Courthouse | |
| 501 I Street, Sacramento, CA 95814 | Date and Time: June 21, 2016 at 9:00 a.m. |

   You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:   The materials requested in Attachment A shall be produced by May 13, 2016 to Jennifer A. Huber,
   Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111; Tel: (415) 391-5400.

*(SEAL)*

Date:   **APR 1 9 2016**

   *CLERK OF COURT*

   _J. Jackson_
   *Signature of Clerk or Deputy Clerk*
   **T Jackson**

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   **Defendant**
**ANDREW B. KATAKIS**_____, who requests this subpoena, are:

ELLIOT R. PETERS (SBN 158708)/JENNIFER A. HUBER (SBN 250143)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Tel: (415) 391-5400/Fax: (415) 397-7188
Email: epeters@kvn.com/jhuber@kvn.com



American LegalNet, Inc.
www.FormsWorkFlow.com

Case No. 2:11-cr-511-WBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                                          _____
                                                    *Printed name and title*

                                          _____
                                                    *Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com

Wiley Chandler

<u>**ATTACHMENT A**</u>

<u>**Subpoena to Produce Documents, Information, or Objects
in a Criminal Action**</u>

<u>**DEFINITIONS**</u>

For purposes of this subpoena, the following defined terms shall have the following meanings, and the following instructions shall apply.

1.        "COMMUNICATIONS" means every manner or method of disclosure or transfer or exchange of information, whether orally or by DOCUMENT, and whether face to face, by telephone, mail, e-mail, personal delivery or otherwise.

2.        "DOCUMENT(S)" shall mean and include all "writings" as defined in the Federal Rules of Evidence, Rule 1001(l), as well as all writings of any nature whatsoever within your possession, custody, or control, including, but not limited to, communications, correspondence, accounting records, ledgers, checks, memoranda, notes, records, reports, books, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, minutes or records of meetings, work papers, drafts, copies, graphs, emails, computer tapes, disks, or other electronic storage media.

3.        "RELATING TO" means relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or in part), as the context makes appropriate.

4.        "YOU" or "YOUR" means the person or entity to whom this subpoena is addressed; any current or former company of that person (whether wholly owned or not), including any parent, predecessor, successor, division, affiliate, or subsidiary; any joint venture to which any such person is or was a party; and each officer, director, manager, partner, employee, attorney, agent, representative, consultant, affiliated person, or other person acting on behalf of any of them.

1

1051793

5.      "NORCAL" means NorCal Redevelopment Corporation; any parent, predecessor, successor, division, affiliate, or subsidiary (whether wholly owned or not) of NorCal Redevelopment Corporation; any joint venture to which any such person is or was a party; and each officer, director, manager, partner, employee, or other person acting on behalf of any of them.

## DOCUMENTS REQUESTED

1.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO or reflecting payments, or transfers of funds during the time period March 2008 through October 2010 between YOU, Richard Northcutt, Steven Swanger, Ken Swanger, Toni Swanger, Richard Castleberry, George Castleberry, or NORCAL, any company owned or then owned by any of these persons (whether wholly owned or not), or joint venture which any of these persons is or was a party.

2.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO the transfer of any real property, including but not limited to the real property located at 18791 County Road 94B, Woodland, California, between YOU, Richard Northcutt, Steven Swanger, Ken Swanger, Toni Swanger, Richard Castleberry, George Castleberry, NORCAL, any company owned or then owned by any of these persons (whether wholly owned or not), or joint venture which any of these persons is or was a party,.

3.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO the receipt or payment of any funds in connection with the real property located at 18791 County Road 94B, Woodland, California.

# UNITED STATES DISTRICT COURT

for the
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:11-cr-511-WBS |
| ANDREW B. KATAKIS, et al. | ) | |
| _____Defendant_____ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   RICHARD NORTHCUTT

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: 5, 14th Floor |
|---|---|
| Robert T. Matsui Federal Courthouse | |
| 501 I Street, Sacramento, CA 95814 | Date and Time: June 21, 2016 at 9:00 a.m. |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:   The materials requested in Attachment A shall be produced by May 13, 2016 to Jennifer A. Huber,
Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA 94111; Tel: (415) 391-5400.

*(SEAL)*

Date:   ___APR 1 9 2016___

CLERK OF COURT

_J. Jackson_____
Signature of Clerk or Deputy Clerk
T Jackson

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Defendant
ANDREW B. KATAKIS_____, who requests this subpoena, are:

ELLIOT R. PETERS (SBN 158708)/JENNIFER A. HUBER (SBN 250143)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA 94111
Tel: (415) 391-5400/Fax: (415) 397-7188
Email: epeters@kvn.com/jhuber@kvn.com


American LegalNet, Inc.
www.FormsWorkFlow.com

Case No. 2:11-cr-511-WBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____        _____
                                                          *Server's signature*

                                                 _____
                                                          *Printed name and title*

                                                 _____
                                                          *Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com

## ATTACHMENT A

### Subpoena to Produce Documents, Information, or Objects
### in a Criminal Action

### DEFINITIONS

For purposes of this subpoena, the following defined terms shall have the following meanings, and the following instructions shall apply.

1.      "COMMUNICATIONS" means every manner or method of disclosure or transfer or exchange of information, whether orally or by DOCUMENT, and whether face to face, by telephone, mail, e-mail, personal delivery or otherwise.

2.      "DOCUMENT(S)" shall mean and include all "writings" as defined in the Federal Rules of Evidence, Rule 1001(l), as well as all writings of any nature whatsoever within your possession, custody, or control, including, but not limited to, communications, correspondence, accounting records, ledgers, checks, memoranda, notes, records, reports, books, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, minutes or records of meetings, work papers, drafts, copies, graphs, emails, computer tapes, disks, or other electronic storage media.

3.      "RELATING TO" means relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or in part), as the context makes appropriate.

4.      "YOU" or "YOUR" means the person or entity to whom this subpoena is addressed; any current or former company of that person (whether wholly owned or not), including any parent, predecessor, successor, division, affiliate, or subsidiary; any joint venture to which any such person is or was a party; and each officer, director, manager, partner, employee, attorney, agent, representative, consultant, affiliated person, or other person acting on behalf of any of them.

5.      "NORCAL" means NorCal Redevelopment Corporation; any parent, predecessor, successor, division, affiliate, or subsidiary (whether wholly owned or not) of NorCal Redevelopment Corporation; any joint venture to which any such person is or was a party; and each officer, director, manager, partner, employee, or other person acting on behalf of any of them.

## DOCUMENTS REQUESTED

1.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO or reflecting payments, or transfers of funds during the time period March 2008 through October 2010 between YOU, Wiley Chandler, Steven Swanger, Ken Swanger, Toni Swanger, Richard Castleberry, George Castleberry, or NORCAL, any company owned or then owned by any of these persons (whether wholly owned or not), or joint venture which any of these persons is or was a party.

2.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO the transfer of any real property, including but not limited to the real property located at 18791 County Road 94B, Woodland, California, between YOU, Wiley Chandler, Steve Swanger, Ken Swanger, Toni Swanger, Richard Castleberry, George Castleberry, NORCAL, any company owned or then owned by any of these persons (whether wholly owned or not), or joint venture which any of these persons is or was a party,.

3.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO the receipt or payment of any funds in connection with the real property located at 18791 County Road 94B, Woodland, California.

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:11-cr-511-WBS |
| ANDREW B. KATAKIS, et al. | ) | |
| _Defendant_ | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:    **TONI SWANGER**

        **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.: 5, 14th Floor |
|---|---|
| Robert T. Matsui Federal Courthouse | |
| 501 I Street, Sacramento, CA  95814 | Date and Time: June 21, 2016 at 9:00 a.m. |

        You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:    The materials requested in Attachment A shall be produced by May 13, 2016 to Jennifer A. Huber, Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA  94111; Tel: (415) 391-5400.

        *(SEAL)*

Date:    APR 1 9 2016

                                                CLERK OF COURT

                                                _J. Jackson_
                                                _Signature of Clerk or Deputy Clerk_
                                                T Jackson

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*  Defendant
ANDREW B. KATAKIS                    , who requests this subpoena, are:

ELLIOT R. PETERS (SBN 158708)/JENNIFER A. HUBER (SBN 250143)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111
Tel:  (415) 391-5400/Fax:  (415) 397-7188
Email:  epeters@kvn.com/jhuber@kvn.com


American LegalNet, Inc.
www.FormsWorkFlow.com

Case No. 2:11-cr-511-WBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____ ; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 _____

I declare under penalty of perjury that this information is true.

Date: _____          _____

                                                    *Server's signature*

                                          _____

                                                    *Printed name and title*

                                          _____

                                                    *Server's address*

Additional information regarding attempted service, etc:



# **ATTACHMENT A**

## **Subpoena to Produce Documents, Information, or Objects**
## **in a Criminal Action**

## **DEFINITIONS**

For purposes of this subpoena, the following defined terms shall have the following meanings, and the following instructions shall apply.

1.      "COMMUNICATIONS" means every manner or method of disclosure or transfer or exchange of information, whether orally or by DOCUMENT, and whether face to face, by telephone, mail, e-mail, personal delivery or otherwise.

2.      "DOCUMENT(S)" shall mean and include all "writings" as defined in the Federal Rules of Evidence, Rule 1001(l), as well as all writings of any nature whatsoever within your possession, custody, or control, including, but not limited to, communications, correspondence, accounting records, ledgers, checks, memoranda, notes, records, reports, books, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, minutes or records of meetings, work papers, drafts, copies, graphs, emails, computer tapes, disks, or other electronic storage media.

3.      "RELATING TO" means relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or in part), as the context makes appropriate.

4.      "YOU" or "YOUR" means the person or entity to whom this subpoena is addressed; any current or former company of that person (whether wholly owned or not), including any parent, predecessor, successor, division, affiliate, or subsidiary; any joint venture to which any such person is or was a party; and each officer, director, manager, partner, employee, attorney, agent, representative, consultant, affiliated person, or other person acting on behalf of any of them.

5.      "NORCAL" means NorCal Redevelopment Corporation; any parent, predecessor, successor, division, affiliate, or subsidiary (whether wholly owned or not) of NorCal Redevelopment Corporation; any joint venture to which any such person is or was a party; and each officer, director, manager, partner, employee, or other person acting on behalf of any of them.

## DOCUMENTS REQUESTED

1.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO or reflecting payments, or transfers of funds during the time period March 2008 through October 2010 between YOU, Wiley Chandler, Richard Northcutt, Steven Swanger, Richard Castleberry, George Castleberry, or NORCAL, any company owned or then owned by any of these persons (whether wholly owned or not), or joint venture which any of these persons is or was a party.

2.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO the transfer of any real property, including but not limited to the real property located at 18791 County Road 94B, Woodland, California, between YOU, Wiley Chandler, Richard Northcutt, Steven Swanger, Richard Castleberry, George Castleberry, NORCAL, any company owned or then owned by any of these persons (whether wholly owned or not), or joint venture which any of these persons is or was a party,.

3.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO the receipt or payment of any funds in connection with the real property located at 18791 County Road 94B, Woodland, California.

# UNITED STATES DISTRICT COURT
### for the
### EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 2:11-cr-511-WBS |
| ANDREW B. KATAKIS, et al. | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   **STEVEN SWANGER**

     **YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | Courtroom No.:  5, 14th Floor |
|---|---|
|   Robert T. Matsui Federal Courthouse | |
|   501 I Street, Sacramento, CA  95814 | Date and Time:  June 21, 2016 at 9:00 a.m. |

     You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:   The materials requested in Attachment A shall be produced by May 13, 2016 to Jennifer A. Huber,
    Keker & Van Nest LLP, 633 Battery Street, San Francisco, CA  94111; Tel: (415) 391-5400.

    *(SEAL)*

Date:   **APR 1 9 2016**

                      *CLERK OF COURT*

                     *J. Jackson*
                           *Signature of Clerk or Deputy Clerk*
                    **T Jackson**

The name, address, e-mail, and telephone number of the attorney representing *(name of party)*   Defendant
ANDREW B. KATAKIS                    , who requests this subpoena, are:

ELLIOT R. PETERS (SBN 158708)/JENNIFER A. HUBER (SBN 250143)
KEKER & VAN NEST LLP
633 Battery Street
San Francisco, CA  94111
Tel:  (415) 391-5400/Fax:  (415) 397-7188
Email:  epeters@kvn.com/jhuber@kvn.com



American LegalNet, Inc.
www.FormsWorkFlow.com

Case No. 2:11-cr-511-WBS

## PROOF OF SERVICE

This subpoena for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I served the subpoena by delivering a copy to the named person as follows: _____

_____

_____ on *(date)* _____; or

☐ I returned the subpoena unexecuted because: _____

_____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also
tendered to the witness fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.

Date: _____          _____

                                        *Server's signature*

                                        _____

                                        *Printed name and title*

                                        _____

                                        *Server's address*

Additional information regarding attempted service, etc:


American LegalNet, Inc.
www.FormsWorkFlow.com

## ATTACHMENT A

### Subpoena to Produce Documents, Information, or Objects
### in a Criminal Action

## DEFINITIONS

For purposes of this subpoena, the following defined terms shall have the following meanings, and the following instructions shall apply.

1.      "COMMUNICATIONS" means every manner or method of disclosure or transfer or exchange of information, whether orally or by DOCUMENT, and whether face to face, by telephone, mail, e-mail, personal delivery or otherwise.

2.      "DOCUMENT(S)" shall mean and include all "writings" as defined in the Federal Rules of Evidence, Rule 1001(l), as well as all writings of any nature whatsoever within your possession, custody, or control, including, but not limited to, communications, correspondence, accounting records, ledgers, checks, memoranda, notes, records, reports, books, summaries or records of telephone conversations, summaries or records of personal conversations or interviews, minutes or records of meetings, work papers, drafts, copies, graphs, emails, computer tapes, disks, or other electronic storage media.

3.      "RELATING TO" means relating to, referring to, concerning, mentioning, reflecting, pertaining to, evidencing, involving, describing, discussing, commenting on, embodying, responding to, supporting, contradicting, or constituting (in whole or in part), as the context makes appropriate.

4.      "YOU" or "YOUR" means the person or entity to whom this subpoena is addressed; any current or former company of that person (whether wholly owned or not), including any parent, predecessor, successor, division, affiliate, or subsidiary; any joint venture to which any such person is or was a party; and each officer, director, manager, partner, employee, attorney, agent, representative, consultant, affiliated person, or other person acting on behalf of any of them.

5.      "NORCAL" means NorCal Redevelopment Corporation; any parent, predecessor, successor, division, affiliate, or subsidiary (whether wholly owned or not) of NorCal Redevelopment Corporation; any joint venture to which any such person is or was a party; and each officer, director, manager, partner, employee, or other person acting on behalf of any of them.

## **DOCUMENTS REQUESTED**

1.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO or reflecting payments, or transfers of funds during the time period March 2008 through October 2010 between YOU, Wiley Chandler, Richard Northcutt, Ken Swanger, Toni Swanger, Richard Castleberry, George Castleberry, or NORCAL, any company owned or then owned by any of these persons (whether wholly owned or not), or joint venture which any of these persons is or was a party.

2.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO the transfer of any real property, including but not limited to the real property located at 18791 County Road 94B, Woodland, California, between YOU, Wiley Chandler, Richard Northcutt, Ken Swanger, Toni Swanger, Richard Castleberry, George Castleberry, NORCAL, any company owned or then owned by any of these persons (whether wholly owned or not), or joint venture which any of these persons is or was a party,.

3.      All DOCUMENTS, including COMMUNICATIONS, RELATING TO the receipt or payment of any funds in connection with the real property located at 18791 County Road 94B, Woodland, California.