UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>ANDREW B. KATAKIS, DONALD M. PARKER, and W. THEODORE LONGLEY,<br><br>        Defendants. | CR. NO. 2:11-511 WBS<br><br>ORDER |

----oo0oo----

On April 25, 2016, the court granted defendant Andrew Katakis authority to issue Federal Rule of Criminal Procedure 17(c) subpoenas to obtain documents from co-defendant Wiley Chandler and non-parties Ken Swanger, Richard Northcutt, Toni Swanger, and Steve Swanger. (Docket No. 502.) Steve Swanger and Wiley Chandler each moved to quash the subpoenas, and Richard Northcutt joined in Wiley Chandler's motion to quash and Ken Swanger joined in Steve Swanger's motion to quash. (Docket Nos. 505-508.) The court heard the motions on June 20, 2016, and

1

after extended discussions with counsel for the movants, Katakis, and the government, the following agreements as to the limitations and scope of the subpoenas were reached:

   1.   No later than July 1, 2016, Steve Swanger agrees to produce all unredacted documents relating to the transfer of any real property as described in Category 2 of the subpoena during the time period March 2008 through October 2010.  No later than June 24, 2016, Katakis shall sign a protective order prohibiting the use of any of the documents received pursuant to the subpoena or the fruits of any such documents in his civil case and his counsel for the civil case shall sign the protective order. Steve Swanger has no obligation to produce documents that have already been produced to the government.

   2.   No later than July 18, 2016, Richard Northcutt and Wiley Chandler shall produce all (1) bank records, checks, records of transfers of money or funds received by Richard Northcutt, Wiley Chandler, or any bank account belonging to Richard Northcutt and Wiley Chandler or a partnership of theirs from Ken Swanger, Steve Swanger, or Swan Construction; and (2) bank records, checks, records of transfers of money or funds received by Ken Swanger, Steve Swanger, Swan Construction, George Castleberry, Richard Castleberry, or NorCal Redevelopment Corporation from Richard Northcutt, Wiley Chandler, or any bank account belonging to Richard Northcutt and Wiley Chandler or a partnership of theirs.  Richard Northcutt and Wiley Chandler have no obligation to produce documents that have already been produced to the government.

3.   No later than July 18, 2016, Ken Swanger agrees to
produce bank records, checks, records of transfers of money or
funds received by himself from Richard Northcutt, Wiley Chandler,
or any bank account belonging to Richard Northcutt and Wiley
Chandler or a partnership of theirs.  Ken Swanger has no
obligation to produce documents that have already been produced
to the government.
           4.   No later than July 18, 2016, the government shall
produce all documents in its possession that are the subject of
the subpoenas and have not yet been produced to Katakis's current
counsel.  Katakis and the government agree that if Katakis
identifies specific documents he requests in writing, the
government will inform Katakis whether those documents have been
produced and, if they have, will identify the documents by Bate
stamps number.
           In light of the aforementioned agreements and orders,
the motions to quash are DENIED AS MOOT.
           The evidentiary hearing set for June 21, 2016 is
continued to August 10, 2016 at 9:00 a.m.
           IT IS SO ORDERED.
Dated:   June 20, 2016

                                    WILLIAM B. SHUBB
                                    UNITED STATES DISTRICT JUDGE