UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. 2:11-511 WBS |
| Plaintiff, | ORDER |
| v. | |
| ANDREW B. KATAKIS, | |
| Defendant. | |

----oo0oo----

On July 22, 2016, the government filed an ex parte request for in camera review of documents in its possession that are responsive to the court's June 20, 2016 Order but had not been disclosed to defendant Andrew Katakis because they are Suspicious Activity Reports under the Bank Secrecy Act, 31 U.S.C. §§ 5311-5332. The government requests the court to determine whether the documents should be produced to defendant. Having weighed the interests of full disclosure in preparation for the upcoming evidentiary hearing against the government's interest in

1

protecting the secrecy of SARs reports, the court finds that the interest of full disclosure outweighs the government's interest in secrecy, especially because the investigation underlying the charges in this case have been public for years.  See generally United States v. Faibish, No. 12-CR-265 ENV, 2012 WL 6538604 (E.D.N.Y. Dec. 13, 2012); Cotton v. PrivateBank & Trust Co., 235 F. Supp. 2d 809 (N.D. Ill. 2002).

In order to protect the privacy interests of the individuals mentioned in the documents, however, the government shall redact any tax ID numbers, birthdates, addresses, and driver's license numbers before producing the documents.  The government shall provide defendant a redacted copy of the documents no later than Thursday, July 28, 2016.

IT IS SO ORDERED.

Dated:  July 25, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE