UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff,<br><br>   v.<br><br>ANDREW B. KATAKIS,<br><br>       Defendant. | No.  2:11-CR-0511 WBS<br><br><br>**ORDER** |

----oo0oo----

      In advance of the status conference set for October 31, 2016, the parties are hereby ordered to separately file brief status reports regarding the redaction of certain documents discussed at the evidentiary hearing held on August 12, 2016. The status reports shall be filed by Thursday, October 27, 2016.

      IT IS SO ORDERED.

Dated:  October 26, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1