1 | KEKER & VAN NEST LLP
ELLIOT R. PETERS - # 158708
2 | epeters@kvn.com
STEVEN A. HIRSCH - # 171825
3 | shirsch@kvn.com
JENNIFER A. HUBER - # 250143
4 | jhuber@kvn.com
ELIZABETH K. MCCLOSKEY - # 268184
5 | emccloskey@kvn.com
633 Battery Street
6 | San Francisco, CA 94111-1809
Telephone: 415 391 5400
7 | Facsimile: 415 397 7188

8 | Attorneys for Defendant
ANDREW B. KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS, DONALD M. PARKER, ANTHONY B. JOACHIM, and W. THEODORE LONGLEY,<br><br>Defendants. | Case No. 2:11-CR-0511 (WBS)<br><br>**ORDER RE DEPOSITION OF DEFENDANT WILEY CHANDLER'S BOOKKEEPER**<br><br>Date Case Filed: December 7, 2011 |

On October 27, 2016, Defendant Andrew Katakis presented written argument regarding Defendant Wiley Chandler's refusal to produce records used to refresh his recollection concerning whether he had run out of money during the alleged conspiracy period in this case (September 2008 through October 2009). *See* ECF No. 570. Having considered the arguments of counsel at the October 31, 2016 status conference, and good cause appearing therefor,

IT IS HEREBY ORDERED that Mr. Katakis shall be permitted to depose Mr. Chandler's bookkeeper concerning: (1) any records consulted to refresh Mr. Chandler's recollection regarding whether he had run out of money during the alleged conspiracy period in this case; and (2) the contents of any discussion between Mr. Chandler and his bookkeeper regarding those records.

The deposition shall go forward at the location for which it is noticed by Mr. Katakis, in accordance with Federal Rule of Criminal Procedure 15, no later than twenty-five (25) days after the date of this Order. Mr. Chandler shall promptly provide Mr. Katakis's counsel with contact information for Mr. Chandler's bookkeeper.

IT IS SO ORDERED.

Dated: November 17, 2016

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE