UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS and DONALD M. PARKER,<br><br>Defendants. | No. 2:11-CR-0511 WBS<br><br>**ORDER** |

----oo0oo----

Pursuant to the discussion at the status conference held January 30, 2017, defendants Andrew B. Katakis and Donald M. Parker shall file their amended motions for new trial and comprehensive briefs in support setting forth all remaining grounds for a new trial by February 21, 2017. The government's opposition shall be filed by March 13, 2017. Defendants' replies shall be filed by March 20, 2017. Upon receipt of the full briefing on the motions, the court will determine whether oral argument will be necessary and will inform the parties of such

1

determination.

IT IS SO ORDERED.

Dated: January 30, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE