KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
JENNIFER A. HUBER - #250143
jhuber@keker.com
ELIZABETH K. MCCLOSKEY - #268184
emccloskey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone:  415 391 5400
Facsimile:  415 397 7188

Attorneys for Defendant
ANDREW B. KATAKIS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW B. KATAKIS,<br><br>  Defendant. | Case No. 2:11-CR-0511-01 (WBS)<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR DISCLOSURE OF PRE-SENTENCE REPORT, FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT, AND SENTENCING DATE** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCLOSURE OF PRE-
SENTENCE REPORT, OBJECTIONS TO THE PRE-SENTENCE REPORT, AND SENTENCING DATE
Case No. 2:11-CR-0511-01 (WBS)

1183281.01

| | |
|---|---|
| 1 | The United States of America, through its counsel, Kelsey Linnett, Trial Attorney, |
| 2 | Antitrust Division, United States Department of Justice, and defendant Andrew B. Katakis, |
| 3 | through his counsel Elliot R. Peters, stipulate, agree, and request the Court to order as follows: |
| 4 | 1. On May 22, 2017, the Court set a sentencing date for Defendant Katakis, as well |
| 5 | as a schedule for the disclosure of the pre-sentence report and for filling of objections to the pre- |
| 6 | |
| 7 | sentence report. *See* ECF No. 643. |
| 8 | 2. On July 21, 2017, Probation Officer Lynda Moore informed counsel for Defendant |
| 9 | Katakis that she needed to postpone Defendant Katakis's judgment and sentencing date; Ms. |
| 10 | Moore also informed counsel for Defendant Katakis that she had confirmed that the Court is |
| 11 | available for judgment and sentencing on October 16, 2017 at 9:00 a.m. |
| 12 | 3. Counsel for the government and counsel for Defendant Katakis are also available |
| 13 | for Defendant Katakis's judgment and sentencing on October 16, 2017 at 9:00 a.m. |
| 14 | 4. Accordingly, the parties stipulate and agree to request that the judgment and |
| 15 | sentencing date; schedule for disclosure of pre-sentence report and for filing of objections to the |
| 16 | pre-sentence report be extended as follows: the proposed pre-sentence report shall be disclosed to |
| 17 | counsel no later than **September 4, 2017** (6 weeks before sentencing); counsel's written |
| 18 | objections to the pre-sentence report shall be delivered to the probation officer and opposing |
| 19 | counsel no later than **September 18, 2017** (4 weeks before sentencing); the pre-sentence report |
| 20 | shall be filed with the Court and disclosed to counsel no later than **September 25, 2017** (3 weeks |
| 21 | before sentencing); motion for correction of the pre-sentence report shall be filed with the Court |
| 22 | and served on the probation officer and opposing counsel no later than **October 2, 2017** (2 weeks |
| 23 | before sentencing); reply or statement shall be filed no later than **October 9, 2017** (1 week before |
| 24 | sentencing); and the judgment and sentencing date shall be continued to **October 16, 2017 at** |
| 25 | **9:00 a.m.** |

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCLOSURE OF PRE-
SENTENCE REPORT, OBJECTIONS TO THE PRE-SENTENCE REPORT, AND SENTENCING DATE
Case No. 2:11-CR-0511-01 (WBS)

SO STIPULATED AND AGREED,

Dated: August 4, 2017     KEKER, VAN NEST & PETERS LLP

By: */s/ Elliot R. Peters*
ELLIOT R. PETERS

Attorney for Defendant
ANDREW B. KATAKIS

Dated: August 4, 2017     ANTITRUST DIVISION, UNITED STATES DEPARTMENT OF JUSTICE

By: */s/ Kelsey Linnett*
(as authorized on August 4, 2017)
KELSEY LINNETT

Attorney for Plaintiff

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCLOSURE OF PRE-SENTENCE REPORT, OBJECTIONS TO THE PRE-SENTENCE REPORT, AND SENTENCING DATE
Case No. 2:11-CR-0511-01 (WBS)

1183281.01

1 **ORDER**

2 Based on the parties' stipulation and for good cause shown, the judgment and sentencing date; schedule for disclosure of pre-sentence report and for filing of objections to the pre-sentence report shall be extended as follows: the proposed pre-sentence report shall be disclosed to counsel no later than **September 4, 2017**; counsel's written objections to the pre-sentence report shall be delivered to the probation officer and opposing counsel no later than **September 18, 2017**; the pre-sentence report shall be filed with the Court and disclosed to counsel no later than **September 25, 2017**; motion for correction of the pre-sentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than **October 2, 2017**; reply or statement shall be filed no later than **October 9, 2017**; and the judgment and sentencing date shall be continued to **October 16, 2017 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: August 8, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCLOSURE OF PRE-SENTENCE REPORT, OBJECTIONS TO THE PRE-SENTENCE REPORT, AND SENTENCING DATE
Case No. 2:11-CR-0511-01 (WBS)

1183281.01