KELSEY C. LINNETT (Cal. Bar No. 274547)
JENNIFER HANE (Cal. Bar No. 275729)
Trial Attorneys
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
kelsey.linnett@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS,<br><br>Defendant. | Case No. 2:11-CR-511-02 WBS<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCLOSURE OF PRESENCE REPORT AND CONTINUE SENTENCING DATE** |

IT IS HEREBY STIPULATED by and between the parties in the above-entitled case that the sentencing date for defendant Andrew Katakis currently scheduled for Monday, October 16, 2017, at 9 a.m., be continued one week to Monday, October 23, 2017, at 9 a.m.

Under the previously ordered schedule, the draft presentence report was due to be disclosed to counsel no later than September 4, 2017 (six weeks before sentencing). The parties have been informed that the Probation Office requires additional time to finalize the pre-sentence report. Accordingly, the parties stipulate and agree that the dates be continued one week as follows:

- Draft presentence report disclosed to counsel by close of business on September 11, 2017;

//

//

1

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR DISCLOSURE OF
PRESENTENCE REPORT DATES AND TO CONTINUE SENTENCING DATE
11-CR-511 WBS

- Counsel for the defendant and counsel for the government shall each deliver to the probation officer and to each other a written statement of all objections to the draft presentence report by September 25, 2017;
- The final presentence report will be made available to the Court and to counsel no later than October 2, 2017;
- Motion for correction of the presentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than October 9, 2017;
- Reply or statement shall be filed no later than October 16, 2017; and
- Judgement and sentencing be continued to October 23, 2017 at 9:00 a.m.

Dated: September 7, 2017

/s/ Kelsey C. Linnett
KELSEY C. LINNETT
JENNIFER HANE
Antitrust Division
U.S. Department of Justice

Dated: September 7, 2017

/s/ Elliot R. Peters*
ELLIOT R. PETERS
Keker, Van Nest & Peters LLP
Attorney for Defendant Andrew B. Katakis
*signed with permission

ORDER

**IT IS SO ORDERED.**

Dated: September 8, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE