KEKER, VAN NEST & PETERS LLP
ELLIOT R. PETERS - # 158708
epeters@keker.com
JENNIFER A. HUBER - #250143
jhuber@keker.com
ELIZABETH K. MCCLOSKEY - #268184
emccloskey@keker.com
633 Battery Street
San Francisco, CA 94111-1809
Telephone: 415 391 5400
Facsimile: 415 397 7188

Attorneys for Defendant
ANDREW B. KATAKIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS, DONALD M. PARKER, ANTHONY B. JOACHIM, and W. THEODORE LONGLEY,<br><br>Defendants. | Case No. 2:11-CR-0511-02 (WBS)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OF OBJECTIONS TO THE PRE-SENTENCE REPORT AND SENTENCING DATE** |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OF OBJECTIONS
TO THE PRE-SENTENCE REPORT AND SENTENCING DATE
Case No. 2:11-CR-0511-02 (WBS)

1192111.01

The United States of America, through its counsel, Kelsey Linnett, Trial Attorney, Antitrust Division, United States Department of Justice, and defendant Andrew B. Katakis, through his counsel Elliot R. Peters, stipulate, agree, and request the Court to order as follows:

1. On September 8, 2017, the Court set a sentencing date for Defendant Katakis, as well as a schedule for the disclosure of the pre-sentence report and for filing of objections to the pre-sentence report. *See* ECF No. 655. The draft presentence report was scheduled to be disclosed to counsel by close of business on September 11, 2017.

2. On September 15, 2017, Probation Officer Lynda Moore submitted the draft presentence report. However, an individual in the Probation Office directed that the draft presentence report be sent to Defendant Katakis's prior counsel Paul Pfingst, and not to current counsel for Mr. Katakis.[1]

3. On September 12, 2017, counsel for Defendant Katakis contacted Ms. Moore by email to request a status update regarding the presentence report. Counsel for Defendant Katakis did not receive a response. On September 22, 2017, counsel for Defendant Katakis contacted DOJ attorney Ms. Linnett, and learned that the presentence report had been disclosed on September 15. Ms. Linnett provided Defendant Katakis's counsel with the presentence report.

4. Accordingly, the parties stipulate and agree to request that the judgment and sentencing date; schedule for disclosure of pre-sentence report and for filing of objections to the pre-sentence report be extended.

5. The parties understand that the Court is available for judgment and sentencing on November 6, 2017 at 9:00am. Counsel for the government and counsel for Defendant Katakis are also available for Defendant Katakis's judgment and sentencing on November 6, 2017 at 9:00

---

[1] Pursuant to Federal Rule of Criminal Procedure 32(e)(2), the probation officer was required to provide the presentence report to the defendant, the defendant's attorney, and an attorney for the government no later than September 28, 2017 (35 days before sentencing).

1
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OF OBJECTIONS
TO THE PRE-SENTENCE REPORT AND SENTENCING DATE
Case No. 2:11-CR-0511-02 (WBS)

1192111.01

a.m.

6. The parties request that the deadlines be extended as follows: counsel's written objections to the pre-sentence report shall be delivered to the probation officer and opposing counsel no later than **October 9, 2017** (4 weeks before sentencing); the pre-sentence report shall be filed with the Court and disclosed to counsel no later than **October 16, 2017** (3 weeks before sentencing); motion for correction of the pre-sentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than **October 23, 2017** (2 weeks before sentencing); reply or statement shall be filed no later than **October 30, 2017** (1 week before sentencing); and the judgment and sentencing date shall be continued to **November 6, 2017 at 9:00 a.m.**

SO STIPULATED AND AGREED,

Dated: September 22, 2017         KEKER, VAN NEST & PETERS LLP

                                  By:  */s/ Elliot R. Peters*
                                       ELLIOT R. PETERS

                                       Attorney for Defendant
                                       ANDREW B. KATAKIS


Dated: September 22, 2017         ANTITRUST DIVISION, UNITED
                                  STATES DEPARTMENT OF JUSTICE

                                       */s/ Kelsey Linnett*
                                  By:  (as authorized on September 22, 2017)
                                       KELSEY LINNETT

                                       Attorney for Plaintiff

2
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OF OBJECTIONS
TO THE PRE-SENTENCE REPORT AND SENTENCING DATE
Case No. 2:11-CR-0511-02 (WBS)

1192111.01

# **ORDER**

Based on the parties' stipulation and for good cause shown, the judgment and sentencing date; schedule for disclosure of pre-sentence report and for filing of objections to the pre-sentence report shall be extended as follows: counsel's written objections to the pre-sentence report shall be delivered to the probation officer and opposing counsel no later than **October 9, 2017** (4 weeks before sentencing); the pre-sentence report shall be filed with the Court and disclosed to counsel no later than **October 16, 2017** (3 weeks before sentencing); motion for correction of the pre-sentence report shall be filed with the Court and served on the probation officer and opposing counsel no later than **October 23, 2017** (2 weeks before sentencing); reply or statement shall be filed no later than **October 30, 2017** (1 week before sentencing); and the judgment and sentencing date shall be continued to **November 6, 2017 at 9:00 a.m.**

**IT IS SO ORDERED.**

Dated: September 25, 2017

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

3
STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES FOR FILING OF OBJECTIONS
TO THE PRE-SENTENCE REPORT AND SENTENCING DATE
Case No. 2:11-CR-0511-02 (WBS)

1192111.01