CARLEEN R. ARLIDGE    SBN 079725
Attorney At Law
111 West St. John Street, Suite 555
San Jose, California 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861
E-Mail: craatty@aol.com

Attorney For Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

ANDREW KATAKIS,

        Defendants.

NO. CR 11-0511-02 WBS

ORDER PERMITTING SUBSTITUTION OF COUNSEL FOR DISTRICT COURT PROCEEDINGS

Upon Application by Defendant ANDREW KATAKIS and good cause appearing therefor:

IT IS HEREBY ORDERED that CARLEEN R. ARLIDGE be substituted in as Defendant Katakis' attorney of record. The attorneys from the law firm of Keker, Van Nest & Peters, LLP are hereby relieved.

Dated: March 2, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-1-