| | |
|---|---|
| 1 | CARLEEN R. ARLIDGE     SBN 079725 |
| | Attorney At Law |
| 2 | 111 West St. John St., Suite 555 |
| | San Jose, CA 95113 |
| 3 | Telephone: (408) 288-8533 |
| | Facsimile: (408) 445-1861 |
| 4 | Email: craatty@aol.com |

Attorney For Defendant Andrew Katakis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 2:11-CR-00511-02 WBS |
| Plaintiff, | ) ) ) | STIPULATION AND [~~PROPOSED~~] |
| v. | ) ) | ORDER FOR MODIFICATION OF CONDITIONS OF RELEASE |
| ANDREW KATAKIS, | ) ) | |
| Defendant. | ) ) | |

Defendant Andrew Katakis, by and through counsel, and plaintiff, United States of America, stipulate, agree and request the Court as follows:

1. On August 28, 2014, based on a stipulation and request by the parties, Magistrate Judge Kendall J. Newman ordered the substitution of a property bond in the amount of $900,000.00, secured by property located in Contra Costa County, for a cash bond in the same amount to secure the defendant's appearance bond. (Dkt. #351 and #352)

2. Mr. Katakis now requests that he be permitted to replace that property bond with another property bond, for property located in Placer County, also in the amount of $900,000.00.

3. Mr. Katakis, through counsel, has prepared a Deed of Trust naming the Clerk as beneficiary, which he is prepared to record with the Placer County Recorder's Office, pursuant to Local Rule 151(i).

4. Counsel for plaintiff has reviewed the documents pertaining to the Placer County property and has determined that there is sufficient equity to support the new property bond.

Therefore, the parties hereby stipulate to a modification of conditions of release, whereby Mr. Katakis will replace the bond secured by the Contra Costa County property with the bond secured by the Placer County property in the amount of $900,000.00.

The Parties further request that the Court order that upon the receipt of a certified copy of the recorded Deed of Trust for the Placer County property, the Clerk exonerate the Contra Costa property bond and execute and record any and all necessary documents to cause the reconveyance of said property forthwith.

IT IS SO STIPULATED.

Dated: May 7, 2019                            Respectfully submitted,

                                              */s/ Carleen R. Arlidge*
                                              CARLEEN R. ARLIDGE
                                              Attorney For Defendant Andrew Katakis


Dated: May 7, 2019                            */s/ Kelsey Linnett*
                                              KELSEY LINNETT
                                              Trial Attorney
                                              U.S. Department of Justice, Antitrust Division

# ORDER

Based on the parties' stipulation, the Court modifies its August 28, 2014 Order for Modification of Conditions of Release for Defendant Andrew B. Katakis (Dkt. #352), permitting defendant Katakis to secure his appearance bond with property located in Placer County, also in the amount of $900,000.00

Upon receiving notice of the Court's issuance of this Order, Mr. Katakis will file or cause to be filed with the Placer County Recorder's Office a Deed of Trust naming as beneficiary the Clerk of the United States District Court for the Eastern District of California.

When the Clerk receives a certified copy of the recorded Deed of Trust for the Placer County property securing the $900,000.00 obligation and naming as beneficiary the Clerk of the United States District Court for the Eastern District of California, the Clerk shall exonerate the previous property bond that had been secured by property located in Contra Costa County and executed and record any and all documents necessary to cause the reconveyance of said property.

All reconveyance documents, when recorded, shall be mailed to:

Andrew Katakis
Post Office Box 1747
Modesto, CA 95353

**IT IS SO ORDERED.**

Dated: May 8, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE