IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANDREW B. KATAKIS,<br><br>　　　　　Defendant. | CASE NO. 2:11-CR-0511 WBS<br><br>ORDER REGARDING SURRENDER DATE |

FOR GOOD CAUSE APPEARING, it is hereby ordered that the defendant Andrew B. Katakis having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons before 2:00 p.m. on February 27, 2020. If no institution has been designated by that date, defendant shall surrender to the United States Marshal's Office, 501 I Street, Sacramento, CA, at said time. The defendant is further advised it is a criminal offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All current conditions of release shall remain in effect until the defendant surrenders in accordance with this order. The March 2, 2020 hearing date is vacated.

**IT IS SO ORDERED.**

Dated: February 14, 2020

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　WILLIAM B. SHUBB
　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE