JENNIFER HANE (CSBN 275729)
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
jennifer.hane@usdoj.gov

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW B. KATAKIS,<br><br>Defendant. | CASE NO. 2:11-CR-0511-02 WBS<br><br>UNITED STATES' OPPOSITION TO DEFENDANT'S MOTION TO EXTEND TIME FOR SURRENDER AND [~~PROPOSED~~] ORDER<br><br>Judge: Hon. William B. Shubb |

On February 14, 2020, the Court ordered Katakis to surrender to the Bureau of Prisons or the U.S. Marshals Service on February 27, 2020. The defendant underwent shoulder surgery in January and is scheduled to begin rehabilitation shortly. In the defendant's motion to extend his time to surrender, his counsel filed a declaration expressing concern over whether an appropriate designation to a facility that would provide needed medical care could be made before the surrender date. The defendant, however, does not seek additional time to provide medical records in order for BOP to make an appropriate designation. This is despite the fact that the Ninth Circuit affirmed his conviction a month ago, and thus the defendant has been on notice that he may need to request a medical accommodation from BOP due to his shoulder surgery. Instead, the defendant seeks to extend his date to surrender by three months to May 20, 2020, which according to defense counsel is the minimum time to assure

recovery. Katakis's motion is accompanied by a brief letter from his physician suggesting that the defendant needs four months of supervised therapy. Thus, even if the defendant surrenders in May, his medical condition may still be relevant at the time of surrender.

Accordingly, the United States opposes Katakis's motion to extend his surrender date until May 20, 2020, which presumes that his medical condition cannot be accommodated by BOP. Instead, the government moves the Court for an order requiring the defendant to file under seal with the Court medical records to document his shoulder injury and needed post-operative rehabilitation. The government does not oppose a short extension of the surrender date for BOP to evaluate the information and make an appropriate designation.

Respectfully submitted,

DATE: February 19, 2020

/s/
JENNIFER HANE
Trial Attorney
Antitrust Division
United States Department of Justice

JENNIFER HANE (CSBN 275729)
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Golden Gate Avenue, Room 10-0101
San Francisco, California 94102-3478
Telephone: (415) 934-5300
jennifer.hane@usdoj.gov

Attorney for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>    v.<br><br>ANDREW B. KATAKIS,<br><br>                     Defendant. | CASE NO. 2:11-CR-0511 WBS<br><br>ORDER REGARDING MEDICAL RECORDS AND EXTENSION OF TIME TO SURRENDER<br><br>Judge: Hon. William B. Shubb |

The defendant is **HEREBY ORDERED** to file under seal with the Court medical records regarding his shoulder injury and needed post-operative rehabilitation by February 24, 2020. Counsel for the United States is authorized to provide the records to the U.S. Marshals Service and/or the Bureau of Prisons and to discuss the records with those agencies regarding designation of an appropriate facility. To provide the Bureau of Prisons additional time to designate an appropriate facility, the date for the defendant to surrender shall be extended from the previously ordered date of February 27, 2020, by two weeks.

Thus, it is **HEREBY ORDERED** that the defendant Andrew B. Katakis having been sentenced to the custody of the Bureau of Prisons, shall surrender to the institution designated by the Bureau of Prisons, or if no such institution has been designated, to the United States Marshal in Sacramento, California, **on or before 2:00 p.m. on March 12, 2020**. The defendant is further advised it is a criminal

offense punishable by a consecutive term of imprisonment to fail to surrender for service of sentence pursuant to the order of this Court. All current conditions of release shall remain in effect until the defendant surrenders in accordance with this order. Defendant's Motion to Extend Time for Self-Surrender (Docket No. 737) is DENIED.

**IT IS SO ORDERED.**

Dated: February 19, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE