CARLEEN R. ARLIDGE          SBN 079725
Attorney At Law
111 North Market Street, Suite 300
San Jose, CA 95113
Telephone: (408) 288-8533
Facsimile: (408) 445-1861
Email: craatty@aol.com

Attorney For Defendant Andrew B. Katakis

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 2:11-CR-00511 WBS |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER EXONERATING BOND AND DIRECTING THE RECONVEYANCE OF PROPERTY |
| ANDREW B. KATAKIS, | ) |
| Defendant. | ) |

Upon the Application by Defendant Andrew B. Katakis, there being no opposition by the Government and good cause appearing therefore:

IT IS HEREBY ORDERED that the bond set by the Court on December 14, 2011 in the above-entitled matter is hereby exonerated.

IT IS FURTHER ORDERED that the Clerk of the United States District Court for the Eastern District of California shall forthwith and execute and record any and all documents necessary to cause the reconveyance of the real property located in Placer County that was posted in support of Mr. Katakis' bond.

All reconveyance documents, when recorded, shall be mailed to:

    Andrew Katakis
    Post Office Box 1747
    Modesto, CA 95353

ORDER EXONERATING BOND AND
DIRECTING RECONVEYANCE OF PROPERTY

2:11-cr-00511 WBS

1

**IT IS SO ORDERED.**

Dated:  November 17, 2020

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE